Stephanie Sheridan (CA 135910)
Meegan B. Brooks (CA 298570)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone:   628.600.2250
Facsimile:   628.221.5828
ssheridan@beneschlaw.com
mbrooks@beneschlaw.com

Attorneys for Defendant Safeway, Inc.

TYCKO & ZAVAREEI LLP
Annick M. Persinger (CA Bar No. 272996)
1970 Broadway – Suite 1070
Oakland, CA 94612
Telephone: 510-254-6808
Facsimile: 202-973-0950
apersinger@tzlegal.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TEMPEST, LADIAMOND HARVEY, SARAH MCGREGOR HORNER, and BRIONNA BROUHARD, on behalf of themselves and all others similarly situated, | Case No. 4:24-cv-06553-KAW |
| Plaintiffs, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT [L.R. 6-1]** |
| v. | |
| SAFEWAY, INC., | |
| Defendants. | |

Pursuant to Local Rule 6-1, Defendant Safeway, Inc. ("Defendant") and Plaintiffs Michael Tempest, Ladiamond Harvey, Sarah McGregor Horner, and Brionna Brouhard ("Plaintiffs") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate to an extension of the time for Defendant to file its response to Plaintiffs' Complaint.  In support of this Stipulation, the Parties state as follows:

1.     Plaintiffs filed this action against Defendant on September 18, 2024.  Plaintiffs served Defendant on September 20, 2024.

2.     Pursuant to Rule 4 of the Federal Rules of Civil Procedure, Defendant's deadline to respond to the Complaint is October 11, 2024.

3.     To provide time for Defendant to confer with its new counsel and for the Parties to confer, the Parties agree to extend Defendant's response deadline by 30 days, to November 12, 2024.  Pursuant to L.R. 6-1, a Court order is not required to effectuate this agreement, which will not alter the date of any event or any deadline already fixed by court order.

Dated:  October 9, 2024          Respectfully submitted,

*s/ Meegan B. Brooks*
STEPHANIE SHERIDAN (CA 135910)
MEEGAN B. BROOKS (CA 298570)
Benesch, Friedlander, Coplan & Aronoff LLP

Attorneys for Defendant Safeway, Inc.

Dated:  October 9, 2024          Respectfully submitted,

*s/ Annick M. Persinger*
TYCKO & ZAVAREEI LLP
Annick M. Persinger (CA Bar No. 272996)

Attorneys for Plaintiffs

1

## SIGNATURE ATTESTATION

2

In accordance with Local Rule 5-1(i)(3), I, Meegan B. Brooks, attest that I have obtained

3

concurrence in the filing of this document from the other signatory listed above.

4

5

 *s/ Meegan B. Brooks*

6

Meegan B. Brooks

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
**Case No. 4:24-cv-06553-KAW**