Stephanie Sheridan (CA 135910)
Meegan B. Brooks (CA 298570)
Nicolette Shamsian (CA 341466)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone:    628.600.2250
Facsimile:    628.221.5828
ssheridan@beneschlaw.com
mbrooks@beneschlaw.com
nshamsian@beneschlaw.com

Attorneys for Defendant Safeway, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TEMPEST, LADIAMOND HARVEY, SARAH MCGREGOR HORNER, and BRIONNA BROUHARD, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAFEWAY, INC., <br><br> Defendants. | Case No. 4:24-cv-06553-JSC <br><br> **DECLARATION OF KEVIN MICHAEL IN SUPPORT OF DEFENDANT SAFEWAY INC'S MOTION TO COMPEL ARBITRATION OF PLAINTIFF'S CLASS ACTION COMPLAINT** <br><br> Date:        January 23, 2025 <br> Time:        10:00 a.m. |

I, Kevin Michael, declare as follows:

1.    I am in the Merchandising Department with Albertsons Companies, Inc. ("ACI"), parent company of Safeway Inc. ("Safeway") and Randall's Food & Drugs LP ("Randalls") amongst other subsidiaries (collectively, "Albertsons Companies Entities"). The Merchandising Department provides services to all Albertsons Companies Entities including Safeway and Randalls. I have been employed by an ACI related entity since 1993. My title is Director of Loyalty & Division Support. I have been in this role since 2013. In my position, I am knowledgeable about Safeway's loyalty program, called "Safeway for U", and Randall's loyalty program, called "Randalls for U." I am also familiar with the Terms of Use with respect to Safeway's and Randalls' for U loyalty programs, and the checkout process for online purchases made at www.Safeway.com, in addition to similar rewards programs and services provided by Albertsons' other brands.

2.    I am over the age of 18 and competent to testify to matters in this Declaration. I make this Declaration on the basis of my personal knowledge and my review of the Albertsons Companies Entities business records ("ACI Business Records"). To the extent this declaration is based upon my review of ACI Business Records, I understand those records are kept in the regular course of business, entries are made on those records in a timely manner by people with knowledge of the information being entered, and it is the Albertsons Companies Entities' regular business practice to maintain such records. If called as a witness, I could competently testify to the matters stated herein.

3.    Safeway is a grocery chain that operates its supermarkets, distribution centers, manufacturing plants, and business offices, in a number of different states, California included. Safeway's stores, offices, plants, and operations in California receive their resalable merchandise, and other goods and services necessary for its business operations, from vendors, suppliers, contractors, service providers, and others that are located both in California and outside of California.

## Safeway For U Loyalty Program

4.    Safeway's loyalty program, "Safeway for U," provides discounts on products for sale in Safeway stores and online at www.Safeway.com. Randalls' loyalty program, "Randalls for U," provides discounts for sale in Randalls' stores and online at www.Randalls.com, but the member is also entitled to use its for U membership to obtain discounts on products for sale in Safeway stores and online at

www.Safeway.com.

5.      Customers can join the Safeway for U and Randalls for U loyalty programs by signing up for an account.  There is no charge to a customer to create a Safeway for U or Randalls for U account or to receive the discounts and promotions offered through either program.

6.      Contractual terms of use (the "Terms of Use") apply to both Safeway for U and Randalls for U accounts.

### May 2024 Update to Terms of Use

7.      On May 6, 2024, Albertsons Companies, Inc. updated the Terms of Use for all customers across all of its banners, including Safeway and Randalls.  A true and correct copy of the updated Terms of Use is attached hereto as **Exhibit A**.

8.      The updated Terms of Use, with the statement therein "Last Updated: May 6, 2024", are found at: https://www.albertsonscompanies.com/policies-and-disclosures/terms-of-use/default.aspx (the "Terms Page").

### Notification Email

9.      In early May 2024 (on or after May 6, 2024), Safeway for U members were sent an e-mail notifying them the Terms of Use had been updated.  Other banner "for U" members, including Randalls for U, received an email containing the same notice.  (Collectively referred to as the "Email.")  The subject line for the Email was: "We've Updated Our Terms of Use."  True and correct copies of the Email sent under the Safeway banner and under the Randalls banner are attached hereto as **Exhibits B-1** and **B-2**, respectively.

10.     The Email states:

> At Albertsons Companies, we're committed to the best possible experience for our customers.  That's why we're letting you know that we have updated our Terms of Use.  These terms apply to new customers immediately and are effective from May 6, 2024 for our continuing customers.  Our Terms of Use contain important information about your relationship with us, including that disputes between us will be arbitrated, instead of class actions or jury trials.
>
> We encourage you to regularly review our Terms of Use.

//

//

**DECLARATION OF KEVIN MICHAEL IN SUPPORT OF DEFENDANT SAFEWAY INC'S MOTION TO COMPEL ARBITRATION OF PLAINTIFF'S CLASS ACTION COMPLAINT
Case No. 4:24-cv-06553-JSC**

11.     Immediately after the sentence, "We encourage you to regularly review our Terms of Use," the Email includes a hyperlink box as shown below, with the statement: "View Terms of Use":

View Terms of Use

By clicking anywhere within the hyperlink box, the user is automatically directed to the Terms of Use at the Terms Page (**Exhibit A** hereto).

12.     The Terms of Use may also be viewed by visiting www.Safeway.com, or other ACI banner websites including www.randalls.com, and clicking on "Terms of Use" under "Policies & Disclosures", at the bottom of the home page.  The user is then re-directed to the Terms Page.

**Terms of Use-Arbitration**

13.     The Terms of Use include an arbitration provision (the "Arbitration Provision").

14.     The Terms of Use begin with the following advisory:

> ATTENTION: THESE TERMS OF USE CONTAIN A MANDATORY ARBITRATION PROVISION THAT, AS FURTHER ADDRESSED IN **SECTION 24** BELOW AND OUR **DISPUTE RESOLUTION TERMS** REQUIRES THE USE OF ARBITRATION ON AN INDIVIDUAL BASIS TO RESOLVE DISPUTES. THIS MEANS THAT YOU AND THE COMPANY (AS DEFINED BELOW) ARE EACH GIVING UP THE RIGHT TO SUE EACH OTHER IN COURT OR IN CLASS ACTIONS OF ANY KIND. IN ARBITRATION, THERE IS NO JUDGE OR JURY.

15.     Section 24 of the Terms of Use, titled "Binding Individual Arbitration; Class-Action Waiver," begins as follows:

> ALL CLAIMS ARISING FROM OR RELATED TO YOUR ACCOUNT, ACCESS TO OR USE OF THE COMPANY'S SERVICES, PURCHASES FROM THE COMPANY; THE USE OF YOUR INFORMATION BY OR FOR THE COMPANY, ANY ASPECT OF YOUR RELATIONSHIP OR INTERACTIONS WITH THE COMPANY ARE SUBJECT TO THESE DISPUTE RESOLUTION TERMS, UNLESS YOU OPT OUT OR ANOTHER EXCEPTION APPLIES. THESE DISPUTE RESOLUTION TERMS CONTAIN PROCEDURES THAT APPLY TO MASS ARBITRATION.
>
> WITH LIMITED EXCEPTIONS YOU AND THE COMPANY MAY NOT SUE IN COURT, HAVE A TRIAL BY JURY, OR PARTICIPATE IN A CLASS ACTION. YOU AND THE COMPANY AGREE THAT ARBITRATION WILL BE SOLELY ON AN INDIVIDUAL BASIS AND NOT AS A CLASS ARBITRATION, CLASS ACTION, OR ANY OTHER KIND OF REPRESENTATIVE PROCEEDING, UNLESS OTHERWISE

4

Docusign Envelope ID: 6FCEA22B-30C2-4005-94B3-3D045942AB9C

PROVIDED IN THESE TERMS. THE COMPANY AND YOU ARE EACH WAIVING THE RIGHT TO TRIAL BY A JURY.

FOLLOW THE INSTRUCTIONS IN THE DISPUTE RESOLUTION TERMS IF YOU WISH TO OPT OUT OF THE REQUIREMENT TO ARBITRATE ON AN INDIVIDUAL BASIS.

16.    The referenced "Dispute Resolution Terms" provides additional details about the arbitration procedures, under the heading "Albertsons Companies Dispute Resolution Terms":

PER SECTION 24 OF THE COMPANY'S TERMS OF USE, ALL CLAIMS ARISING FROM OR RELATED TO YOUR ACCOUNT, ACCESS TO OR USE OF THE COMPANY'S SERVICES, PURCHASES FROM THE COMPANY; THE USE OF YOUR INFORMATION BY OR FOR THE COMPANY, ANY ASPECT OF YOUR RELATIONSHIP OR INTERACTIONS WITH THE COMPANY ARE SUBJECT TO THESE DISPUTE RESOLUTION TERMS, UNLESS YOU OPT OUT OR ANOTHER EXCEPTION APPLIES. THESE DISPUTE RESOLUTION TERMS CONTAIN PROCEDURES THAT APPLY TO MASS ARBITRATION.

WITH LIMITED EXCEPTIONS, YOU AND THE COMPANY MAY NOT SUE IN COURT, HAVE A TRIAL BY JURY, OR PARTICIPATE IN A CLASS ACTION. YOU AND THE COMPANY AGREE THAT ARBITRATION WILL BE SOLELY ON AN INDIVIDUAL BASIS AND NOT AS A CLASS ARBITRATION, CLASS ACTION, OR ANY OTHER KIND OF REPRESENTATIVE PROCEEDING, UNLESS OTHERWISE PROVIDED IN THESE TERMS. THE COMPANY AND YOU ARE EACH WAIVING THE RIGHT TO TRIAL BY A JURY.

FOLLOW THE INSTRUCTIONS BELOW IF YOU WISH TO OPT OUT OF THE REQUIREMENT TO ARBITRATE ON AN INDIVIDUAL BASIS.

**Arbitration Opt-Out**

17.    The Section entitled "Albertsons Companies Dispute Resolution Terms" describes how customers can opt-out of the Arbitration Provision (the "Opt-Out Process").

18.    The Opt-Out Process describes, in part, that customers have a right to opt out of the Arbitration Provision within 30 days of their first purchase from the Company after the date of the Terms of Use (that date being May 6, 2024).

19.    Loyalty members, whether Safeway for U, Randalls for U, or other ACI banner for U member, can opt out by going online at https://www.safeway.com/inquiry/contact-us.html and selecting "Other" in the Topic drop down and typing "Arbitration Opt-Out" in the comments, or by sending written notice of their decision to opt out to the following address: M.S. 10501 P.O. Box 29093, Phoenix, AZ 85038.

20.     Under the Dispute Resolution Terms, such notice must include the name of each person opting out and contact information for each such person and any relevant Membership or purchase information.

### No Arbitration Opt-Out Received by any of the Plaintiff

21.     Albertsons Companies Entities have no record of receiving an Arbitration Opt-Out from any of the Plaintiffs.

### Plaintiffs' Loyalty Accounts and Purchase Transactions

22.     I understand the ACI Business Records have been searched for purchase transactions made by Plaintiff Michael Tempest, Plaintiff LaDiamond Harvey, Plaintiff Sarah McGregor Horner, and Plaintiff Brionna Brouhard ("Plaintiffs").

23.     The ACI Business Records show that only one Safeway for U account matches the name Michael Tempest. The last four digits of the number for this account (called a "Club Card" number) are ██, and the account is associated with the email address ██████████████. This account was opened on November 8, 2010 and has been used in 64 unique transactions to purchase 1,161 products since May 9, 2024.

24.     The ACI Business Records show that two Safeway for U accounts match the name LaDiamond Harvey. Both accounts are associated with the email address ██████████████, and the same mailing address. One of the accounts, ending in ████ was opened on July 25, 2012. The other account, ending in ████ was opened on August 4, 2024. The account ending in ████ has been used in one transaction to purchase five products since May 9, 2024.

25.     The ACI Business Records show that a "Randalls for U" account exists under the name Sarah McGregor. The last four digits of the number for this account are ████ and the account is associated with the email address ██████████████. This account was opened on August 31, 2006 and has been used in two unique transactions to purchase 38 products since May 7, 2024.

//

//

//

//

6

**DECLARATION OF KEVIN MICHAEL IN SUPPORT OF DEFENDANT SAFEWAY INC'S MOTION TO COMPEL ARBITRATION OF PLAINTIFF'S CLASS ACTION COMPLAINT**
**Case No. 4:24-cv-06553-JSC**

26.     The ACI Business Records show that only one Safeway for U account matches the name Brionna Brouhard.  The last four digits of the number for this account are ███ and the account is associated with the email address ████████████.  This account was opened on July 17, 2012 and has been used in 31 unique transactions to purchase 214 products since May 8, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 12, 2024.

Signed by:

*Kevin Michael*

——————————————————————————
Kevin Michael

**DECLARATION OF KEVIN MICHAEL IN SUPPORT OF DEFENDANT SAFEWAY INC'S MOTION TO COMPEL ARBITRATION OF PLAINTIFF'S CLASS ACTION COMPLAINT**
**Case No. 4:24-cv-06553-JSC**

# Exhibit A



About ACI    Newsroom    Investors    Our Impact    Suppliers    Careers    🔍

# Terms of Use

## I. Terms of Use

Last Updated: May 6, 2024

**ATTENTION: THESE TERMS OF USE CONTAIN A MANDATORY ARBITRATION PROVISION THAT, AS FURTHER ADDRESSED IN SECTION 24 BELOW AND OUR DISPUTE RESOLUTION TERMS REQUIRES THE USE OF ARBITRATION ON AN INDIVIDUAL BASIS TO RESOLVE DISPUTES. THIS MEANS THAT YOU AND THE COMPANY (AS DEFINED BELOW) ARE EACH GIVING UP THE RIGHT TO SUE EACH OTHER IN COURT OR IN CLASS ACTIONS OF ANY KIND. IN ARBITRATION, THERE IS NO JUDGE OR JURY.**

Welcome to the Albertsons family of grocery stores. Albertsons Companies through one or more of its affiliates/subsidiaries (together with Banners (defined below)), the "Company," "we," "our," and "us"), operates retail grocery stores and fulfillment centers across the United States; distributes and sells products; and provides products and services to you when you visit or shop on our websites and mobile applications or at our stores under well-known "banners," including ACME®, Albertsons®, Andronico's®, Balducci's®, Carrs®, Haggen® Jewel-Osco®, Kings Food Markets®, Market Street®, Pavilions®, Randalls®, Safeway®, Shaw's®, Star Market®, Tom Thumb®, and Vons® (collectively, "Banners"). All Banners may not offer the same Services (defined below), products, promotions, pricing, Programs (defined below), or other offers, deals, coupons, or specials (collectively, "Offerings").

These Terms of Use ("Terms") apply to your access to and use of all the Company websites, online ordering services, and mobile applications (collectively, "Sites"); your access to and use of all the Company Offerings and programs, including loyalty programs ("Programs"); and your access to and use of all the Company stores (together with Sites, Programs, and Offerings, the "Services"); any account you have with the Company (the "Account"); and the relationship and interactions between you and the Company. By creating an Account or accessing or using the Services, you agree to these Terms. If you are creating an Account or accessing or using the Services on behalf of another person or entity, you represent and warrant that you are authorized to accept these Terms on behalf of that person or entity. If you do not agree to be bound by these Terms, do not create an Account or access or use the Services.

If you are under the age of 18, STOP! You must get your parent or legal guardian to read and accept these Terms. By creating an Account or accessing or using the Services, your parent or legal guardian agrees to these Terms, and they are responsible for your access and use and any issues or claims related to your Account or access to or use of the Services.

In some instances, additional terms apply to the Services the Company offers. Those additional terms are incorporated by reference in these Terms and are to be read together with these Terms, e.g., for U Loyalty Programs, Online Ordering Services, Schedule & Save, Fresh Pass, Gift Card Products, Sincerely Health, Marketplace and other program and usage terms, AS APPLICABLE.

Table of Contents

1. We May Modify These Terms

2. We May Change What We Offer; Offerings Are Not Always Available

3. We Grant You a License to Use Our Content, but Only for Informational and Non-Commercial Purposes

4. Our Content Is Provided as a Convenience and May Change or Have Errors

5. We Do Not Allow Framing and Limit Hyperlinks

6. We Can Use or Disclose Your Feedback

7. Requirements When You Establish An Account

8. You Are Responsible for Use of Your Account

9. We May Terminate Your Account

10. Special Terms for Mobile Application Users

11. Special Terms for Payment via App

12. Special Terms for Apple Users

13. Geo-Location Terms

14. Sites Are Protected by Copyright Laws

15. Sites Are Protected by Trademark Laws

16. You May Not Impair the Security of the Sites

17. We Have Monitoring and Enforcement Rights

18. Prohibitions on Your Use of the Sites

19. Third Party Software

20. We Disclaim These Warranties

21. Our Liability is Limited

22. You Indemnify Us

23. Delaware Law Applies

24. Binding Individual Arbitration; Class-Action Waiver

25. You Consent to Receive Certain Electronic Communications from Us; Telephone and Text Messaging Opt-In

26. Presumption that Communications to Us Through Your Account Are Authorized by You

27. Written Notice

28. No Waiver

29. Severability

30. Privacy Policy

31. Notice and Procedure for Making Claims of Copyright Infringement

32. Our Rights to Modify Sites and Correct Errors, Deficiencies, Inaccuracies and Omissions

33. Entire Agreement

34. Questions or Requests for Information

# 1. We May Modify These Terms.

We reserve the right to make changes to these Terms at any time, and such changes will be effective immediately upon being posted on the Sites. Each time you access or use your Account or the Services, you should review the current Terms. Your continued access to or use of your Account or the Services constitutes your acceptance of the current Terms.

Table of Contents

# 2. We May Change Offerings.

We may add, remove, change, suspend, or terminate any of the Offerings offered by the Company at any time without notice to you. Not all Offerings are available through all of our Sites, at all of our stores, or at all times. Some or all Offerings may not be available in your location, and pricing may vary by location. References to any Offerings that may be available in one location do not warrant or imply that the Company offers or intends to offer them in any other location or at the same price. The Company controls and operates the Services from the United States and makes no representation that the Services are appropriate for access or use in any other country.

Table of Contents

# 3. We Grant You a License to Use Our Content,

but Only for Informational and Non-Commercial Purposes.

All information, data, materials, text, graphics, images, and other content available on the Sites, including Third Party Content, Medical Content and Nutritional Content (as such terms are defined below) (collectively, "Content") are provided for informational purposes and personal uses only (unless we agree in writing). We grant you a personal, non-exclusive, non-transferable, non-assignable, non-sublicensable, limited license to access and/or use the Content on the Sites, and to download, print and store portions of the Content that you select, provided that you: (i) access and/or use those portions of the Content solely for your own personal, non-commercial use (unless we provide prior written authorization); (ii) do not copy or post the Content on any network computer, or transmit, distribute, publish, display, make available or broadcast the Content in any media or platform; and (iii) do not modify or alter the Content in any way or delete or change any copyright or trademark notice. No right, title, or interest in and to any Content is transferred to you as a result of this limited license.

Table of Contents

## 4. Our Content Is Provided as a Convenience and May Change or Have Errors.

Your use of any Content from the Sites is entirely at your own risk, for which the Company will not be liable. We do not guarantee the correctness, availability, usefulness, reliability, validity, accuracy, completeness, timeliness, correct sequencing, or suitability of the Content on the Sites, and the Company shall not be liable for any errors or deficiencies in any Content on the Sites, or for any action or inaction taken by you in reliance thereon; unless and to the extent resulting from the Company's grossly negligent, reckless or intentional acts. In particular, you should note the following:

(a) **Third Party Content.** Certain content from third parties ("Third Party Content") may be made available as part of the Sites or through links on the Sites, and such Third Party Content may be subject to its own additional license terms and policies. You should refer to the terms and policies posted on third party websites prior to using any such Third Party Content. The Company does not endorse, oppose, or edit any opinion, claim, or analysis expressed by any third party or Third Party Content. You agree that The Company is not responsible for the substance, availability, or accessibility of any Third Party Content accessible through the Sites and understand that you bear all risks associated with your access to and/or use of such Third Party Content.

(b) **Product Information and Pricing Changes and Errors Occur.** While we endeavor to provide accurate product information, product information accessed through the Sites is obtained from claims made by product manufacturers; on occasion manufacturers may alter their labels or ingredient lists; and actual product packaging and materials may contain more and/or different information than that shown on the Sites. Accordingly, you should not rely solely on the product information presented on the Sites, but should always read carefully the labels, warnings, and directions before using or consuming a product and contact directly the product manufacturer for any questions. None of the entities associated with the Company nor its Content provider(s) nor product manufacturers assume any liability for inaccuracies, misstatements, or omissions related to any product information listed on the Sites. In addition, even though we make an effort to describe and display our Offerings accurately on the Sites, Offerings on the Site may be mispriced, described inaccurately, or unavailable and we may experience delay in updating information on the Sites and in our advertising on the Sites.

(c) **Medical Content.** All drug and interaction information; health or wellness information; and any other content available in any pharmacy, nutrition, health, or wellness area of the Sites ("Medical Content") is provided for informational and educational purposes only and is intended as informational and not a substitute for, the diagnosis, treatment, and advice of a qualified health-care provider. You should not rely solely on the Medical Content nor use it as a self-diagnosis or for treating a health problem or disease. The Company does not represent or guarantee that any of the Medical Content is accurate, complete, correct, useful, valid, timely, reliable, suitable, or correctly sequenced. The Medical Content does not cover all possible uses, precautions, side effects and interactions of any prescription or over-the-counter drug and should not be construed to indicate that any such drug is safe for you. Consult your qualified health-care provider for guidance before using any prescription or over-the-counter drug and regarding the applicability of any opinion, research result, or recommendation with respect to any symptom or medical condition. Always seek the advice of your qualified health-care provider with any questions you may have regarding a medical condition or change in health. Never disregard or delay in seeking professional medical advice because of something you have read on any of the Sites. Contact your qualified health-care provider immediately if you suspect that you have a medical problem. The Company does not recommend or endorse any specific tests, products, procedures, methods, opinions, or other information that may be mentioned on or included in the Sites. Any information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

(d) **Nutritional Content.** Any nutritional information about recipes provided on the Sites ("Nutritional Content") is based on the ingredients and cooking techniques as listed in the applicable recipe and does not include optional ingredients or garnishes. All stated nutritional values are composite averages and may vary according to freshness, variety, differences in preparation or brands of ingredients. Altering cooking methods or substituting any ingredients may change the posted nutritional information significantly. The Company does not warrant the quality, completeness, or accuracy of recipes contained on the Sites or the results of preparing the recipes. Also, the Sites may provide information about food handling

and preparation methods. Such information is not intended to be comprehensive and should not be substituted for information available from applicable governmental sources. Please be advised consuming raw or undercooked meat, poultry, seafood, shellfish, or eggs may increase your risk of food borne illnesses, especially if you have certain medical conditions.

Table of Contents

## 5. We Do Not Allow Framing and Limit Hyperlinks.

If you post content online by maintaining a website, by blogging, or through any other means, you may include within that content a hyperlink to the home page or sign-in page of any of the Sites. All other linking to any of our Sites is strictly prohibited without prior written authorization from us. We accept no responsibility or liability for the quality, content, timeliness, accuracy, nature, or reliability of any content that you or others post online, even if it contains a hyperlink to one of our Sites. The inclusion of a hyperlink to any of our Sites within such content does not imply endorsement or approval by the Company of that content. You may not frame or use framing techniques to enclose any Company trademark, logo, or other proprietary materials, including the images posted on any of the Sites, any text or design of any Site, or any form contained on a Site, without our prior written consent.

Table of Contents

## 6. We Can Use or Disclose Your Feedback.

Subject only to the provisions of our Privacy Policy, any comments or materials that you submit to the Company, including, without limitation, any questions, comments, suggestions, or other feedback regarding the Company, its Services, or any of the information on the Sites, ("Feedback") will be considered to be non-confidential and non-proprietary. The Company shall be free to use and disclose, with no notice or compensation to you, any ideas, concepts, know-how, techniques, methods, or methodologies contained in any such Feedback for any purpose whatsoever, including but not limited to developing, manufacturing, and marketing products and/or services incorporating such Feedback. Despite this right of ours, you are solely responsible for any Feedback you make available, and you agree to indemnify the Company for all claims resulting from any Feedback you make available.

Table of Contents

## 7. Requirements When You Establish An Account.

You may be permitted or required to create an Account on or through one of our Sites to use the Services. Your use of the Account may also be covered by other terms, such as the terms governing our prescription management services, which are incorporated herein by reference, or the terms governing the Online Grocery Ordering Service set out in The Online Ordering Services Terms. You agree to such additional terms, and, unless otherwise provided in those separate terms, you agree to use and access your Account solely for lawful purposes consistent with the service(s) and program(s) offered through the Account. When you create an Account, you must provide us with certain information about you and create a password. You agree to provide us with accurate and complete information requested in the registration process and to inform us of any updates to such information on an ongoing basis to keep it accurate and complete. You agree that you will not impersonate any other person, set up multiple Accounts, or use your Account(s) in any way that circumvents limits on offers, discounts, promotions, or coupons, and that we may terminate any Account we believe has engaged in such activities. You agree to keep your password confidential and not share it with anybody else.

When you first register for an Account, your Account enrolls you to our banner-specific loyalty program (each a "for U™ Program") (e.g., when you register for an Account on Safeway.com, the for U™ Program will be "Safeway for U™").

Table of Contents

## 8. You Are Responsible for Use of Your Account.

You are solely responsible for any authorized or unauthorized access to and/or use of your Account by any person, and for all charges incurred through your Account. You agree to notify the Company promptly (at the contact information set forth in Section 27 of these Terms) regarding any unauthorized access to and/or use of your Account. You further agree that you will remain liable for any charges incurred through your Account until you so notify the Company.

Table of Contents

## 9. We May Terminate Your Account.

We reserve the right to suspend or terminate your Account at any time, with or without notice to you. You may terminate your Account at any time by notifying the Company in accordance with Section 27 of these Terms. The Company reserves the right to collect, and you shall be liable for payment of, any fees and charges incurred before your Account is terminated.

Table of Contents

## 10. Special Terms for Mobile Application Users.

With respect to each mobile application made available by the Company for downloading (each an "App" or "the Company App"), and without limiting any other terms and conditions herein, by taking the required steps to download the App or create an Account on the App, you are expressly agreeing that you have read, understand, and agree to be bound by these Terms and any updates or amendments to these Terms. Check these Terms in the App or online periodically to access our most current Terms. To use the App, you must have a mobile device that is compatible with the mobile service. The Company does not warrant that the App will be compatible with your mobile device. In addition, the App requires the Internet to function properly. The Company is not responsible for the availability or quality of Internet service during your use of the App. With respect to each instance in which you download a Company App, The Company hereby grants to you a non-exclusive, non-transferable, non-assignable, revocable license to use an object code copy of the App for one registered Account owned or leased solely by you, for your personal use. You may not: (i) modify, disassemble, decompile, reverse engineer or create derivative works of the App, except to the extent that the law expressly prohibits such a limitation on you; (ii) rent, lease, loan, resell, sublicense, distribute or otherwise transfer the App to any third party or use the App to provide time sharing or similar services for any third party; (iii) copy, reproduce, republish, upload, post, transmit or distribute the App in any way, unless specifically allowed in these Terms; (iv) remove, circumvent, disable, damage or otherwise interfere with security-related features of the App, features that prevent or restrict use or copying of any content accessible through the App, or features that enforce limitations on use of the App; (v) delete the copyright, trademark and other proprietary rights notices on the App; or (vi) create another app to sniff, phish, scrape, or otherwise monitor The Company Apps unless allowed by the platform for all apps on the Android and iOS platforms. You acknowledge that the Company, from time to time, issues upgraded versions of the App, and may, depending on your device settings, automatically electronically upgrade the version of the App that you are using on your mobile device. You consent to such automatic upgrading on your mobile device and agree that the terms and conditions of these Terms, as may be revised from time to time, will apply to all such upgrades. You further understand and agree that, if the App on your mobile device is not upgraded, either automatically or manually by you, following the release of an upgraded version of the App, you may be unable to access, utilize or otherwise take full advantage of features, functionality, patches, offers, discounts or rewards enabled by the upgraded version of the App. Similarly, you acknowledge and agree that some updates may not support older model devices resulting in the App no longer working on your device. The Company shall have no liability to you with respect to your continued use of the App if not upgraded upon release of a new version or your inability to use the App following such an upgrade. The foregoing license grant is not a sale of the App or any copy thereof, and The Company and its third party licensors or suppliers retain all rights, title, and interest in and to the App (and any copy of the App). Standard carrier data charges may apply to your use of the App. Your use of any the Company App may also be governed by the terms and policies of your mobile network provider, the app store from which you download the App, your device manufacturer or operating system/software provider, and credit card or third party payment provider. Use of a the Company App may transmit data concerning your use of the App to the Company or to third parties such as your payment provider. This information may include geolocation data (where you are and where the Company retail stores are located) or payment data. Refer to the Company Privacy Policy and the Geo-Location Terms section of these Terms for more information.

Table of Contents

## 11. Special Terms for Payment via App.

The Company Apps may now or in the future enable wireless payment through the App for purchases made at the Company's physical locations, such as at the Company's stores and fuel stations. You must be at least 18 years of age to use this Offering. By opting in to this service, you understand and agree that the App will utilize the wireless capability of the mobile device(s) on which you have installed the App to communicate automatically with a Company point of purchase payment device, such as a cash register, whenever your mobile device is in proximity to the Company's payment device. Upon downloading the App or at opt-in to use of the payment function, you will be given the opportunity to link a credit card or other payment method to your Account. By electing to store your card details on the Sites, you consent to and authorize storage of your card data (Name, Credit/Debit Card number, Expiration Date) for purposes of future online transactions, all transactions made via the Sites and the Company charging your selected payment method in the amount of each such transaction. You are responsible for all use of the Company App via your mobile device, including unauthorized transactions. If your mobile device is lost or stolen, notify your credit card the Company or other payment provider immediately. If you believe there is an error in your billing or unauthorized access to your Account, please contact customer service at: Customer Service Center, Albertsons Companies, Inc., M/S 10501 P.O. Box 29093, Phoenix, AZ 85038-9093 or (877) 505-4040.

Table of Contents

## 12. Special Terms for Apple Users.

Users of the Company Apps acknowledge that they have reviewed and agree to the terms of the online app marketplace from which they have downloaded the App. The following additional terms and conditions apply with respect to any App that the Company provides to you designed for use on an Apple iOS-powered mobile device (an "iOS App"):

(a) You acknowledge that these Terms are between you and the Company only, and not with Apple, Inc. ("Apple").

(b) Your use of the Company's iOS App must comply with Apple's then-current App Store Terms of Service.

(c) The Company, and not Apple, is solely responsible for our iOS App and the services and Content available thereon. You acknowledge that Apple has no obligation to provide maintenance and support services with respect to our iOS App. To the maximum extent permitted by applicable law, Apple will have no warranty obligation whatsoever with respect to our iOS App.

(d) You agree that the Company, and not Apple, is responsible for addressing any claims by you or any third party relating to our iOS App or your possession and/or use of our iOS App, including, but not limited to: (i) product liability claims pertaining to our iOS App; (ii) any claim that our iOS App fails to conform to any applicable legal or regulatory requirement; and (iii) claims arising under consumer protection or similar legislation, and all such claims are governed solely by these Terms and any law applicable to us as provider of our iOS App.

(e) You agree that the Company, and not Apple, shall be responsible, to the extent required by these Terms, for the investigation, defense, settlement and discharge of any third party intellectual property infringement claim related to our iOS App or your possession and use of our iOS App.

(f) You represent and warrant that (i) you are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country; and (ii) you are not listed on any U.S. Government list of prohibited or restricted parties.

(g) You agree to comply with all applicable third party terms of agreement when using our iOS App (e.g., you must not be in violation of your wireless data service terms of agreement when using our iOS App).

(h) You and the Company agree that Apple and Apple's subsidiaries are third party beneficiaries to these Terms as they relate to your license of our iOS App. Upon your acceptance of these Terms, Apple will have the right (and will be deemed to have accepted the right) to enforce these Terms against you as they relate to your license of our iOS App as a third party beneficiary thereof.

Table of Contents

## 13. Geo-Location Terms.

The Offerings we provide may use your location to enable certain features of the Offerings. For the Company mobile Apps, you can disable this feature in your device's settings. In addition, you can use browser settings, such as private browsing, to control use of your location data when accessing one of our Sites on the Internet. The Offerings may include and make use of certain functionality and services provided by third parties that allow the Offerings to include maps, geocoding, places and other Content from those third parties as part of the Offerings (the "Geo-Location Services"). Your use of the Geo-Location Services may be subject to such third parties' terms of use.

Table of Contents

## 14. Sites Are Protected by Copyright Laws.

The Sites, and all Content available on the Sites, are protected by copyright laws. Unless specified otherwise on the Sites, no portion of the Sites may be copied, displayed, performed, republished, transmitted, or distributed in any way or form, nor may any derivative work of any Site or Content be created. without the Company's prior written consent. Any such use of any Content for any purpose not authorized under these Terms is a violation of the copyrights of the Company (or other entities). Permission for all uses of the Sites other than as expressly authorized under these Terms must be obtained from the Company or the appropriate owner thereof in advance and in writing. The use of the Sites or any Content available thereon on any other website or networked computer environment is prohibited. Your access to or use of the Sites does not grant you any rights, either intentionally or by implication, to any program, tool, or application.

Table of Contents

## 15. Sites Are Protected by Trademark Laws.

All trademarks, service marks, logos, trade names, and trade dresses in or on the Sites, whether registered or unregistered, are proprietary to the Company (or to other entities). You may not use, reproduce, or otherwise display any such trademarks,

service marks, logos, trade names, or trade dresses without the prior written consent of the Company or the appropriate owner thereof. All design rights, compilation rights, and similar intellectual property rights in and to the Sites, in each case whether registered or unregistered, and related goodwill, are owned exclusively by and are proprietary to the Company or other entities.

Table of Contents

## 16. You May Not Impair the Security of the Sites.

You are prohibited from violating, or attempting to violate, the security of the Sites; rendering the Sites inaccessible to others; imposing an abnormal or unreasonable burden on the hardware and software infrastructure for the Sites; or otherwise compromising or causing or attempting to cause damage to the Sites. Any such violation may result in criminal and/or civil penalties against you. The Company will investigate any alleged or suspected violations and if a criminal violation is suspected, we will cooperate with law enforcement agencies in their investigations.

Table of Contents

## 17. We Have Monitoring and Enforcement Rights.

The Company has the right, but not the obligation, to monitor any activity on the Sites or your access to and use of Content associated with any interactive area on the Sites. The Company may access at any time and use internally for any lawful purpose information stored in our systems, subject (as applicable) to the provisions of our Privacy Policy. We may investigate any violation or attempted violation of our policies, or complaints and take any action we deem appropriate, including without limitation, issuing a warning, or suspending or terminating your access to and use of the Sites, at any time without prior notification to you.

Table of Contents

## 18. Prohibitions on Your Use of the Sites.

As a condition of your access to the Sites, you must not:

(a) access the Sites through any means other than the visual user interfaces authorized by the Company or through our authorized accessibility alternatives or permitted voice activated systems;

(b) use the Sites for any commercial purpose without the Company's prior written approval in each instance, except you may use the Online Grocery Ordering Service for ordering Offerings (described in The Online Ordering Services Terms below) and the Catering Order Service for ordering Special Order Items from the Company for pick up or delivery to your business, however ordering for resale is not permitted;

(c) access the Sites with any data extraction, scraping, mining, or other data gathering tools; create a database by systematically downloading or storing any Content from the Sites (such as a list of our physical store locations); or otherwise scrape, collect, store, or use any Content from the Sites, including without limitation any product listings, descriptions, prices, or images, except in all cases as expressly authorized under these Terms or permitted separately under a fully executed written agreement between you and the Company (except publicly accessible search engines may use spiders to copy materials from the Sites for the sole purpose of and solely to the extent necessary for creating publicly available searchable indices of the Content on the Sites, excluding indices which enable the purchase of Offerings except from the Company directly);

(d) use or launch any automated system, including without limitation, "robots," "spiders," "crawlers," "extensions," "add-ons," "plug-ins," "apps," or "offline readers" (other than screen readers and similar devices designed to assist visually impaired persons to access the Sites or with our prior written authorization);

(e) mirror or frame the homepage or any other pages of the Sites on any other website or web page without the Company's prior written approval in each instance;

(f) send or otherwise transmit to or through the Sites any material that is, or may reasonably be considered to be, unlawful, infringing, harmful, harassing, offensive, threatening, vulgar or otherwise objectionable;

(g) cause or permit any reverse engineering, decompilation, modification, translation or disassembly of, or attempt to derive any source code of, any program, tool, or application underlying any of the Sites (except for any Site that is a mobile application, and then only to the extent required by local law to obtain interoperability with independently created computer programs or as required by other compulsory local law);

(h) access and/or use the Sites in violation of any applicable federal, state, or local laws; rules or regulations; or encourage conduct that may do so; and/or

(i) assist or permit any person engaging in any of the prohibited activities described above.

Table of Contents

Table of Contents

## 19. Third Party Software.

The Sites may contain Third Party Content, programs, tools, SDKs, and/or applications subject to their own license terms ("Third Party Software"). Any Third Party Software accompanying any of our mobile applications is provided to you under the terms of the license agreement or copyright notice accompanying such Third Party Software or in the open source licenses file accompanying the mobile application. For a list of any Third Party Software currently in use, visit Disclosures list for Third Party Software and Open Source.

Table of Contents

## 20. We Disclaim These Warranties.

**Important: The Services are provided on an "as is" and "as available" basis, without warranties, representations or endorsements of any kind. To the fullest extent permitted under applicable law, the Company disclaims all warranties of any kind, express, implied, statutory or otherwise (including, but not limited to, implied warranties of merchantability, fitness for a particular purpose, title and non-infringement, any warranty for information, data, data processing services or uninterrupted access or use). The Company does not warrant that the Services will be uninterrupted, secure, or error-free; that defects will be corrected; or free of viruses or other harmful components. The Company does not make any representations or warranties regarding the access or use of the Services or Content (including all descriptions, images, references, features, specifications, information, data, Offerings, and prices/availability of Offerings described or depicted on the Sites or Offerings offered through the Sites) in terms of availability, usefulness, completeness, correctness, accuracy, reliability, validity, suitability, timeliness, correct sequencing, or otherwise.** Applicable law may not allow the exclusion of implied warranties, so some or all of these disclaimers may not apply to you.

Table of Contents

## 21. Our Liability is Limited.

**Important: To the fullest extent permitted under applicable law, under no circumstances (other than injury to the person in the case of consumer goods) shall the Company be liable for any consequential, incidental, special, punitive, exemplary, or indirect damages, or any lost profits or lost revenues, resulting from, based on, or arising out of (i) your access or use of, or inability to access or use, the Services and/or the Content; (ii) any transaction conducted through or facilitated by the Services; (iii) any claim attributable to errors, omissions, deficiencies, or other inaccuracies in the Services; (iv) any unauthorized access to, or use, disclosure or alteration of, your transmissions of data including, without limitation, your personal information or payment card information; (v) statements or conduct of any third party; or (vi) any other matter related to the Services, even if the Company or a Company representative has been advised of the possibility of such damages. Notwithstanding the foregoing, the Company's total liability to you (excluding any liability for injury to the person in the case of consumer goods), whether under contract, warranty, tort (including but not limited to negligent, but excluding grossly negligent, reckless and intentional, acts of the Company), product liability, strict liability or any other theory, arising from these Terms or your access to and/or use of the Sites for any reason whatsoever shall be limited in the aggregate to the total of all payments you have made to the Company (if any) during the three-month period preceding the date of such claim. If you are dissatisfied with any of the Services or the Content, your sole and exclusive remedy is to discontinue using the Services.** Applicable law may not allow some or all of this exclusion or limitation of liability for damages, so some of these exclusions or limitations may not apply to you. The foregoing provision is enforceable in the State of New Jersey.

Table of Contents

## 22. You Indemnify Us.

You agree to defend (at the Company's option), indemnify, and hold harmless the Company, and its affiliates and subsidiaries and all of its/their respective officers, directors, employees, owners, agents, information and service providers, licensors and licensees, for, from, and against any and all third party claims, complaints, suits, actions, demands, enforcement actions, penalties, fines, fees, interest, awards, settlement awards, judgements, arbitrations, mediations, investigations, charges, liabilities, losses, damages, expenses, and costs (including reasonable attorney fees) arising from, related to, or in connection with your conduct in connection with accessing, using, and/or misusing any of the Services or your breach of these Terms. This provision does not apply to acts of the Company. You shall cooperate with the Company in the defense of any such claim. The Company reserves the right, at its own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you hereunder. Some jurisdictions limit consumer indemnities, so some portions or all of this indemnity provision may not apply to you. The foregoing provision is enforceable in the State of New Jersey.

Table of Contents

Docusign Envelope ID: 6ECFA23B-30C2-4065-84B3-3D045042AB0C

## 23. Delaware Law Applies.

These Terms, and any matter related to or arising from your access to or use of any of the Services, shall be governed by and construed in accordance with the laws of the state of Delaware, without resort to its conflict of law principles.

Table of Contents

## 24. Binding Individual Arbitration; Class-Action Waiver.

ALL CLAIMS ARISING FROM OR RELATED TO YOUR ACCOUNT, ACCESS TO OR USE OF THE COMPANY'S SERVICES, PURCHASES FROM THE COMPANY; THE USE OF YOUR INFORMATION BY OR FOR THE COMPANY, ANY ASPECT OF YOUR RELATIONSHIP OR INTERACTIONS WITH THE COMPANY ARE SUBJECT TO THESE DISPUTE RESOLUTION TERMS, UNLESS YOU OPT OUT OR ANOTHER EXCEPTION APPLIES. THESE DISPUTE RESOLUTION TERMS CONTAIN PROCEDURES THAT APPLY TO MASS ARBITRATION.

WITH LIMITED EXCEPTIONS YOU AND THE COMPANY MAY NOT SUE IN COURT, HAVE A TRIAL BY JURY, OR PARTICIPATE IN A CLASS ACTION. YOU AND THE COMPANY AGREE THAT ARBITRATION WILL BE SOLELY ON AN INDIVIDUAL BASIS AND NOT AS A CLASS ARBITRATION, CLASS ACTION, OR ANY OTHER KIND OF REPRESENTATIVE PROCEEDING, UNLESS OTHERWISE PROVIDED IN THESE TERMS. THE COMPANY AND YOU ARE EACH WAIVING THE RIGHT TO TRIAL BY A JURY.

FOLLOW THE INSTRUCTIONS IN THE DISPUTE RESOLUTION TERMS IF YOU WISH TO OPT OUT OF THE REQUIREMENT TO ARBITRATE ON AN INDIVIDUAL BASIS.

Table of Contents

## 25. You Consent to Receive Certain Electronic Communications from Us; Telephone and Text Messaging Opt-In.

When you visit the Sites or send an email to us, you are communicating with us electronically. You consent to receive communications from us electronically and agree that we may communicate with you by email or by posting notices on the Sites. If you contact us by email, telephone, facsimile, in-App customer service, online chat or similar electronic communication service, you consent to our use of the same communication method, and/or any email address or telephone number you provide in contacting us, to respond to your contact. In addition, if you register or create an Account, you consent to our use of the contact information provided in that process to contact you regarding your Account. The Company reserves the right to send you emails relating to your Company Account or use of its Offerings, such as administrative and service announcements or if we suspect fraud, and these transactional or Account messages may be unaffected if you choose to opt out from receiving Company marketing emails. You further understand that the Company may send you sales and marketing communications, such as by email or push notification through any Company App you have downloaded. You can opt out of receiving Company sales and marketing emails at any time by following the unsubscribe instructions in those emails. This will not affect subsequent subscriptions and if your opt-in is limited to certain types of emails, the opt-out will also be so limited. Similarly, you can limit your receipt of push notifications by adjusting the settings of your mobile device. You may be given the opportunity to opt in to Company recurring message programs which provide updates regarding product and service information/availability, marketing messages and promotional offers. These marketing messages may be autodialed, prerecorded or promotional and may be delivered via voice or text. The Company texting programs send five or fewer messages per month, unless otherwise noted at the time of opt-in. You may opt out of receiving text messages at any time by replying "STOP" to the message. You may receive one confirming text. Message and data rates may apply. Carriers and the Company are not liable for delayed or undelivered messages. You may opt out of any voice telephone message program by following the directions provided during the telephone call.

Table of Contents

## 26. Presumption that Communications to Us Through Your Account Are Authorized by You.

The Company conclusively presumes that communications received from you through any Account you have created on a Company Site, as well as any orders submitted via the Online Grocery Ordering Service or the Catering Order Service in your name are accurate, complete, and authorized by you (or the person or the entity on whose behalf you place the order) as

name are accurate, complete, and authorized by you (or the person or the entity on whose behalf you place the order) as received by the Company. You agree not to contest the validity and binding legal effect of those communications.

Table of Contents

# 27. Written Notice.

Any written notice, demand, consent, or other similar communication related to these Terms, your Account, or your access or use of the Services shall be deemed to have been given when delivered, in each case, addressed as follows:

(a) **If from You to the Company**:
Customer Support Center, Albertsons Companies, Inc., M/S 10501 P.O. Box 29093, Phoenix, AZ 85038-9093.

(b) **If from Company to You**:
At the email or mailing address specified in your Account or the address provided when accessing or using the Services.

Table of Contents

# 28. No Waiver.

No waiver, express or implied, by you or the Company of any breach or default under these Terms by the other party will constitute a continuing waiver of such breach or default or be deemed to be a waiver of any preceding or subsequent breach or default.

Table of Contents

# 29. Severability.

If any provision of these Terms shall be deemed unlawful, invalid, or for any reason unenforceable, then that provision shall be deemed severable from these Terms but severing any such provision from these Terms shall not affect the validity and enforceability of any remaining provisions.

Table of Contents

# 30. Privacy Policy.

Please refer to our Privacy Policy, which is incorporated herein by reference, for information regarding how the Company collects, uses, and shares information about users of our Sites.

Table of Contents

# 31. Notice and Procedure for Making Claims of Copyright Infringement.

If you believe your work has been copied on the Site in a way that constitutes copyright infringement, please send our Copyright Agent a written notification ("Infringement Notification") containing all the following information:

(a) A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

(b) Identification of the copyrighted work claimed to have been infringed or, if multiple copyrighted works at a single Site are covered by a single Infringement Notice, a representative list of such works at that Site;

(c) Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit us to locate the material;

(d) Information reasonably sufficient to permit us to contact you, such as an address, telephone number and, if available, an email address;

(e) A statement that you have a good faith belief that use of the allegedly infringing material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

(f) A statement that the information in the Infringement Notification is accurate and, under penalty of perjury, that you are the copyright owner or authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

The Company's Copyright Agent for notice of claims of copyright infringement on or relating to the Site can be reached as follows: Copyright Agent, Legal Department, Albertsons Companies, Inc., 11555 Dublin Canyon Road, Pleasanton, CA

follows: Copyright Agent, Legal Department, Albertsons Companies, Inc., 11555 Dublin Canyon Road, Pleasanton, CA 94588. Phone. 925-226-5000

Table of Contents

## 32. Our Rights to Modify Sites and Correct Errors, Deficiencies, Inaccuracies and Omissions.

We reserve the right to modify or discontinue all or any part of the Services—including any or all of the Content on the Sites—at any time without notice to you. In addition, the Sites (including the Content) may contain typographical, pictorial and/or other errors, deficiencies, or inaccuracies and may not be complete, correct, reliable, useful, suitable, accurate, timely, or current. We assume no responsibility for any such errors, deficiencies, inaccuracies, or omissions of any of the Services (including the Content) and do not guarantee that they will be corrected. We reserve the right to (i) discontinue any stated offer, (ii) delete, change or update prices, promotions, offers, discounts, savings, product and/or service descriptions or specifications, or other information, with no further obligation to you, even after your receipt of an order confirmation from us, and (iii) delete, change or update the Content or any program offered at any time without prior notice. In the event of an error involving product pricing, selection, availability, or the terms of an offer, changes will take effect upon posting of the updated information on the applicable Sites, unless otherwise noted.

Table of Contents

## 33. Entire Agreement.

These Terms, along with all other applicable terms for the Services the Company offers, constitute the entire agreement between you and the Company relating to the subject matter addressed by these Terms and all other applicable terms.

Table of Contents

## 34. Questions or Requests for Information.

If you have any questions about these Terms or requests for additional information, please call our Customer Support Center line toll-free at (877) 276-9637, or send us an email at webcomments@albertsons.com or a letter at the following mailing address:

Customer Support Center
Albertsons Companies, Inc.
M/S 10501 P.O. Box 29093
Phoenix, AZ 85038-9093

# II. The Online Ordering Services Terms

1. The Online Ordering Services Terms Apply to Online Orders.

2. You Must Be 18 Years Old or Older to Order

3. You Must Create an Account for the Online Grocery Ordering Service

4. Additional Disclaimers

5. Placing an Order in the Online Grocery Ordering Service

6. Product Pricing, Fees and Other Charges

7. Availability of Promotional Offers and Coupons on the Online Grocery Ordering Service

8. Delivery/Pickup Options

9. Unfilled or Partially Filled Orders

10. Online Grocery Ordering Service Satisfaction Guarantee

11. Using the Catering Order Service

12. Notice to California Customers

13. Notice to North Carolina Customers

14. Entire Agreement

15. Questions or Concerns Regarding the Online Grocery Ordering Service, Catering Order Service or Your Account

The Online Ordering Services Terms - Additional Terms Applicable to Users Who Place Online Orders

# 1. The Online Ordering Services Terms **Apply to Online Orders.**

These Online Ordering Services Terms, in addition to the Terms, apply to users who order Offerings from Company or products from Seller (as defined below) through the Online Grocery Ordering Service for delivery or pickup, where we offer such Offerings. Certain third-party sellers ("Sellers") operate storefronts and sell products through a third-party seller hub on the Online Grocery Ordering Service (the "Safeway Marketplace"). If you purchase any Seller(s) products via the Safeway Marketplace, you are purchasing directly from those Sellers, not from Company. We are not responsible for examining or evaluating, and we do not warrant, the offerings and/or products of any of these Sellers (including the content of their sites). To the fullest extent provided by applicable law, Company has no responsibility or liability for any Seller, their products, or representations. Company does not assume any responsibility or liability for the actions, product, and/or content of or for any of these Sellers.

The Online Grocery Ordering Service may be accessed through our Sites; please note, however, that certain features available on a Company website for the Online Grocery Ordering Service may not be accessible via the mobile App and vice-versa. In addition, portions of these Online Ordering Services Terms apply to users who order Special Order Items, such as deli platters, custom cakes and bakery items, or holiday meals, from certain stores that have implemented a separate Catering Order Service specifically for Special Order Items. These Online Ordering Services Terms do not apply to purchases you make as a shopper at any of our physical stores or to our in-store promotions, programs, and offers (e.g., Monopoly Game), which may not be available to our Online Grocery Ordering Service customers.

If you place an order for Offerings via any third-party website or mobile application, whether or not we direct you to the third-party site or application, you will be subject to the terms and policies posted by that third party service provider and we are not responsible for the terms, policies, actions or inactions of that third party service provider. If you access the third party's site or application to place your order, your order will be subject to the terms, policies, actions, or inactions of such third party.

References on our Sites to any names, marks, Offerings, or services of third parties, or links to third-party sites or information, are not an endorsement, sponsorship, or recommendation of the third party or its information, Offerings, or services. Company is not responsible for the content of any third-party linked site or any link contained in a linked site, including any third-party social media or mobile app platform with which our Sites operate or otherwise interact, nor is Company responsible for the acts or omissions of any operator of any such site or platform. Your use of any such third-party site or platform is at your own risk and will be governed by such third party's terms and policies (including its privacy policy).

Table of Contents

# 2. You Must Be 18 Years Old or Older to Order.

You must be age 18 or older and a resident of the United States in order to use either the Online Grocery Ordering Service or the Catering Order Service; provided, however, that you must be 21 or older to accept delivery/pickup of any alcoholic beverages, tobacco, and/or other age-restricted Offerings.

Table of Contents

# 3. You Must Create an Account for the Online Grocery Ordering Service.

To use the Online Grocery Ordering Service, you must create an Account, as provided in the Terms. Please note, if your Online Grocery Order includes a Seller or other third-party service provider (such as last mile delivery provider), the personal information necessary will be disclosed to that party for the purpose of fulfilling your order. Company may use third party service providers to perform Offerings at its discretion, with no notice to you.

During the registration process, you may be asked to provide information (or confirm information that auto-fills) about your participation in Company Loyalty Programs, such as whether you have a club card or telephone number you already use in-store to receive Offering price discounts or accrue rewards program benefits. If this information is provided during the registration process, any loyalty benefits that you may earn on orders placed online, such as rewards points that can be redeemed for gas or groceries, or discount offers based on your shopping behavior, typically will be available when using that Company Loyalty Programs card or telephone number in-store and vice-versa. If you are participating in an existing Company Loyalty Program at the time you register for an Account in the Online Grocery Ordering Service, but such

information is not filled in, the Online Grocery Ordering Service will assign the Account a virtual Company Loyalty Programs number. This virtual Company Loyalty Programs number will enable you to receive Offering price discounts available to participants in Company Loyalty Programs if and when those discounts are provided through the Online Grocery Ordering Service. However, other benefits that may be earned for orders placed online, such as rewards points ordinarily redeemable for grocery or gas rewards, will not be available when using your existing Company Loyalty Programs number in-store.

In addition, in some areas, different Company banners will partner with each other to deliver online orders. In those cases, the pricing, rewards programs and discounts applicable to your order placed through the Online Grocery Ordering Service will be that of the Company banner fulfilling the order. You may apply for the partnering banner's Company Loyalty Programs for use with your Online Grocery Ordering Service Account. For questions or assistance regarding Company Loyalty Programs when using the Online Grocery Ordering Service, contact Customer Service line toll-free at (877) 505-4040.

Table of Contents

## 4. Additional Disclaimers.

**Important: In addition to the disclaimers set forth in the Terms and solely except as set forth in our Satisfaction Guarantee in Section 10 of these Online Ordering Services Terms, the Online Grocery Ordering Service and Catering Order Service are provided on an "as is" and "as available" basis, without warranties of any kind, and to the fullest extent permitted under applicable law. Company disclaims any and all warranties, express or implied, including, but not limited to, implied warranties of merchantability, fitness for a particular purpose and non-infringement, with respect to the Online Grocery Ordering Service and Catering Order Service, any Offerings or Special Order Items purchased through the Online Grocery Ordering Service or Catering Order Service, and any delivery or pickup service. Company does not warrant that the Online Grocery Ordering Service or Catering Order Service will be uninterrupted or error-free, that defects will be corrected, or that the Online Grocery Ordering Service or the Catering Order Service will be free of viruses or other harmful components. Company does not make any representations or warranties regarding the access to or use of, or the results of the access to or use of, the Content on the Online Grocery Ordering Service or Catering Order Service in terms of their correctness, accuracy, validity, completeness, usefulness, timeliness, suitability, reliability, or otherwise.** Applicable law may not allow the exclusion of implied warranties, so some or all of these disclaimers may not apply to you.

Table of Contents

## 5. Placing an Order in the Online Grocery Ordering Service.

(a) **You Must Make a Minimum Purchase.** The minimum purchase amount shown in the Online Grocery Ordering Service must be met to place an order. The minimum purchase amount is shown as the "Subtotal of All Items" (which we refer to as the "Subtotal" of the order in these Online Ordering Services Terms), and is the sum total of the order calculated from the quantities and online prices for the Offerings selected, but excluding all other charges, fees and discounts, such as any applicable taxes, service or delivery fees, bag fees, bottle/container deposits, promotional discounts not reflected in the online prices for the Offerings, and in certain jurisdictions alcoholic beverages, tobacco and fluid dairy Offerings. In addition, certain offers may specify a potentially different minimum purchase amount to receive a discount. In those cases, the Subtotal of All Items, minus certain Offerings such as alcoholic beverages, tobacco and fluid dairy must equal the stated minimum, in order for you to receive the discount or all of these disclaimers may not apply to you. We may change the minimum purchase amount at any time, without notice to you.

(b) **We May Limit Quantities.** We reserve the right to limit the quantity of any particular Offering ordered in our discretion, including without limitation, due to inventory control or other reasons. Offering availability is subject to the inventory on hand and may vary geographically or change without notice. Please note that we reserve the right to source the Offerings from any of our stores in any location (or the stores of any of our affiliated companies or Sellers in any location).

(c) **You Agree to Pay for Your Order.** By submitting an order via the Online Grocery Ordering Service, you offer to purchase the Offering(s)specified in your order. We will send you an electronic confirmation that your order has been received and the offer accepted, subject to our final confirmation of Offering availability and price; however, we also reserve the right to cancel your order, in whole or in part, at any time in our sole discretion, and to refuse to provide delivery/pickup service for any order, in whole or in part. Subject to the foregoing, if your order is accepted by Company, and not cancelled prior to delivery, Company will provide the Offering(s) ordered in return for your payment and deliver the ordered items to the delivery address or pickup location you designate in your order, subject to the provisions of the Terms and these Online Ordering Services Terms.

(d) **We Accept Major Credit and Debit Cards and Certain Other Payment Methods.** You must select one of the payment methods identified in the Online Grocery Ordering Service and provide accurate and complete information for us to charge your payment method for orders you place. By providing payment card information, you consent to and authorize storage of your card data (name, credit/debit card number, expiration date) for purposes of future online transactions, all transactions made via the Sites and the Company charging your selected payment method in the amount of each such transaction. Order processing will not occur until authorized. When processing credit or debit card payments, we will run a temporary pre-

processing will not occur until authorized. When processing credit or debit card payments, we will run a temporary pre-authorization hold. Your bank may take up to 5 business days after delivery/pickup to release the hold and display your final charge.

In addition to major credit and debit cards, we accept Electronic Benefit Transfer ("EBT") as a method of payment, which is a PIN-based transaction. Upon entry of the correct PIN, we assume the person entering the PIN is authorized to make SNAP and/or EBT Cash purchases with the card used for SNAP and/or EBT Cash payment at our Sites. When you enter EBT card details, we will store a tokenized version of your card number for future transactions. You may choose to not have your EBT card number stored by unchecking the box.

Only one EBT card may be associated with your account number pursuant to United States Department of Agriculture ("USDA"), Food and Nutrition Service ("FNS"), Supplemental Nutrition Assistance Program ("SNAP") regulations.

SNAP benefits may not be used to pay for any items or charges that are non-SNAP eligible. Non-SNAP eligible charges include, but are not limited to, tips, delivery fees, service fees, ordering fees or convenience fees that may apply to online orders while using the Site. For complete details on what are eligible items using SNAP funds, go to https://www.fns.usda.gov/snap/eligible-food-items.

EBT Cash may be used the same as cash to pay for SNAP eligible items, non-SNAP eligible items, fees, other charges, and taxes, as permitted by the laws of your state. Several states have laws placing restrictions or prohibitions on the use of EBT Cash. Please consult your state's EBT guidelines on what may be purchased using EBT Cash.

Customers who use EBT as a form of payment may choose to allocate how much in funds to apply across SNAP, EBT Cash and other payment types. Customers who have a valid EBT card number saved as a payment type with us are not subject to meet minimum dollar amounts in order to checkout. The maximum amount applied to SNAP is limited to the SNAP-eligible total amount of the order, or the account holder's balance, whichever is the lower. If your order is canceled after your EBT card has been debited, we will promptly issue a refund back to the EBT account type you used, and you will receive an email notification within twenty-four (24) hours of the cancellation event.

Because random weight items (such as meat and produce) may vary in weight and price, in accordance with the SNAP Online Purchasing Pilot guidelines, we apply a 10% surcharge at checkout on such items. At the day and time your order is fulfilled and processed, if the actual price of the random weight item is less than what you paid at checkout when you placed the order with the surcharge, we will refund the difference to you.

You represent and warrant to Company that your use of your selected payment method(s) for Online Grocery Ordering Service transactions is authorized and legal. It is your responsibility to promptly notify your bank, financial institution, or other responsible party of any changes to your billing information, or the loss, theft, or unauthorized use of your payment method. You are responsible for updating your payment information with Company whenever it is no longer current/accurate.

(e) **Your Total at Checkout Is an Estimate.** The dollar amount displayed prior to order completion is only an estimate, based on Offerings selected and prices at the time of ordering, and estimated product weights for certain Offerings in your order, as adjusted by some (but not all) potentially applicable additional charges and fees and potentially applicable discounts and other deductions (collectively, the "Estimated Total"). **The actual amount that you will be charged for the order will be based on the prices, charges, fees, offers, promotions, programs, coupons, discounts, and deductions applicable to the order at the time of online checkout, regardless of the time of the scheduled delivery/checkout** (collectively, the "Final Total"). The Final Total cannot be determined until the day and time the order is sourced and processed for multiple reasons, including without limitation: (i) the availability of the Offerings selected and the need to substitute different priced Offerings cannot be confirmed until the day and time that they are prepared for delivery/pickup, (ii) Offering weights and prices, as well as available promotions, may vary between the date you submit the order and the date and time that the order is prepared for delivery/pickup, and (iii) certain charges, such as any applicable taxes, bottle deposits, and bag charges, cannot be determined until the order is prepared for delivery/pickup. In addition, even though we make an effort to describe and display our Offerings accurately on the Sites, Offerings on the Site may be mispriced, described inaccurately, or unavailable and we may experience delay in updating information on the Sites and in our advertising on the Sites. **The Final Total that you will be charged for your order upon sourcing and processing likely will not equal exactly the Estimated Total.**

(f) **When the Final Total Is Due.** Your payment of the Final Total amount for each order, including all applicable fees, taxes, and charges, will be charged as part of the order sourcing and processing procedure, but in any event is due no later than when the order is delivered or picked up. Company will charge the Final Total amount for the order to the payment method you selected during the order submission process. You authorize Company to make and collect such payment and charge. You acknowledge that if we cannot collect the charge for any reason, we may elect to turn the matter over to a collection agency.

(g) **Changing or Canceling Your Order.** Typically, you may cancel or change your order made on the Online Grocery Ordering Service up until the date and time noted in the Online Grocery Ordering Service. This ability may be suspended during times of high volume or for other reasons to facilitate the proper functioning of the Online Grocery Ordering Service and our business operations. All times listed are in the local time zone for your specified delivery/pickup location, regardless of the time zone you might be in when placing the order. Note that any changes you may make to orders may affect whether your order continues to qualify for the same prices, discounts, promotions, or Promo Code Deals as your original order. If your changed order will qualify for a Promo Code Deal that your original order did not and you are unable to enter the Promo Code during the Order Edit process, make a note of the Promo Code Deal(s) and call our Customer Service line toll-free at (877) 505-4040 after your order is delivered/picked up, if the discount has not been applied. You may also change the delivery/pickup day and time after submitting your order, subject to order cut off times and the availability of your desired

delivery/pickup time at the time you request a change. This ability may be suspended during times of high volume or for other reasons to facilitate the proper functioning of the Online Grocery Ordering Service and our business operations. Please note that changing your delivery/pickup date, if allowed, may affect Product prices and availability, as well as the availability of certain offers, discounts, and promotions.

Table of Contents

# 6. Offering Pricing, Fees and Other Charges.

**(a) Prices, Fees and Other Charges.**

**(1) Online Prices.** Prices for Offerings you order for delivery or pickup through the Online Grocery Ordering Service may be higher than the prices for such Offerings in our physical stores. Pricing may differ depending on the fulfillment method you select, e.g., delivery, pickup, rush delivery. In addition, in some locations, order fulfillment and delivery may be provided by another of the Company's banners or affiliates or an independent third party service provider that provides selection and/or delivery services to consumers. In those cases, the availability, fees, and pricing of the partnering banner may apply to your order. For Offerings sold by weight, a representative cost per unit may be used to calculate the Estimated Total. The actual cost will be determined when the order is prepared for pickup or delivery and that cost will be reflected in the Final Total, which may be higher or lower than the estimate. Offerings offered with a price discount for participants in Company Loyalty Programs online may differ from Offerings offered with such a price discount in our physical stores.

**(2) Delivery Fees.** We charge a non-refundable delivery fee on all delivery orders through the Online Grocery Ordering Service, unless expressly stated with a particular order, which will be included in both the Estimated Total for your order and the Final Total charged for that order. A delivery fee helps operate our fleet of trucks that transports your order from our store to your delivery address (or in the case of Safeway Marketplace, helps our Sellers to deliver products directly to you). From time to time, we may waive or provide discounts off our regular delivery fees for certain delivery times, which you may obtain by selecting such delivery time. We may also make other discounts available in certain locations via a Promo Code, in which case, you must enter the required Promo Code when you place your order and your order must meet any conditions of the offer, such as a minimum purchase amount. Service fees still apply. Promo Code offers for discounted or free delivery/pickup orders are not valid in Lake Powell. In some locations, we may also offer a subscription to delivery services on a recurring monthly or annual fee-paid basis, which may reduce or eliminate delivery or delivery and service fees on individual orders. The delivery fee does not constitute a tip to the delivery person.

**(3) Service Fees.** We may charge a non-refundable service fee on all delivery/pickup orders through the Online Grocery Ordering Service, which will be included in both the Estimated Total and the Final Total for the order. A service fee helps operate our in-store processes for picking and preparing online orders, as well as operate our online processes and platforms. The service fee does not constitute a tip to the delivery person.

**(4) Governmental Fees and Taxes.** In addition to the fees and charges stated above, all governmental fees and taxes, including without limitation, sales tax, sweetened beverage taxes, bottle and container deposits, bottled water charges, and bag fees, which apply to your order will be included in the Final Total amount.

**(5) Tax Exempt Orders.** The Online Grocery Ordering Service cannot verify documentation that certain organizations may normally present during in-store transactions to avoid the collection of sales tax due to their nonprofit nature.

**(6) Fee Changes.** Company reserves the right to add, delete or change any fees or other charges applicable to the Online Grocery Ordering Service at any time.

**(b) Price Changes.** Please note that Offering prices are subject to change without notice and may vary geographically.

Table of Contents

# 7. Availability of Promotional Offers and Coupons on the Online Grocery Ordering Service.

**(a) Promotional Offers.** Discounts available through some, but not all, promotional offers will appear in your Estimated Total at checkout. However, all discounts for which your order is eligible will be reflected in the Final Total for such order. Note that to be eligible for 'for U™ Program' promotions, you must have provided/confirmed information about your participation in the for U™ Program at the time you registered for your Account or through Customer Service. In addition, some for U™ Program promotions are valid in a limited geographic area and the store fulfilling your order may not fall within the applicable zone, in which case, you will not receive affected for U™ Program offers. To be eligible for promotions that require entry of a Promo Code, you must have entered the applicable Promo Code. To be eligible for promotions that require a minimum purchase amount, you must have met the minimum purchase amount. Note that some items are excluded from the calculation of the minimum purchase, such as alcoholic beverages, tobacco, and fluid dairy. All promotional offers are valid through their stated expiration dates, may be limited to specific quantities, are valid while supplies last and are limited to quantities on hand. You agree to abide by the terms and conditions of any promotional offer

and acknowledge that circumvention of the terms and conditions of any such offer (including without limitation, opening multiple Accounts) constitutes an unauthorized or fraudulent act. You will be liable for damages caused by any such unauthorized or fraudulent act, and Company reserves the right to charge the payment method in your Account an amount equal to such damages.

(b) **Coupons.** We do not accept printed coupons for orders through our Online Grocery Ordering Service. Where our for U™ Program is offered, we do accept for U™ Program digital offers that you have uploaded to your Account, within the geographic zone to which the offer is applicable. Digital coupons other than ones obtained through the for U™ Program may not be used in the Online Grocery Ordering Service. Applicable for U™ Program digital coupons will be applied to your order on the day of delivery/pickup, provided you provided or confirmed information about your participation in for U™ Program when you registered for your Account or through Customer Service. For questions or assistance regarding Company Loyalty Programs when using the Online Grocery Ordering Service, contact Customer Service line toll-free at (877) 505-4040.

(c) **Variations in Availability of Promotional Offers, Coupons, Etc.** Offers, promotions, programs, coupons, discounts, and deductions applicable to Offering purchases at our physical stores in some cases **may not** apply to orders through the Online Grocery Ordering Service, **and vice versa**. Similarly, some promotions, discounts, and offers are valid in a limited geographic area and the store fulfilling your order may not fall within the applicable zone, in which case, you will not receive affected promotions, discounts, or offers.

Table of Contents

# 8. Delivery/Pickup Options.

In locations where delivery or pickup service is offered, one or more fulfillment options may be available. The fulfillment options that are available to you will be displayed in the Online Grocery Ordering Service. We may add, modify, or discontinue any delivery, pickup, and/or other fulfillment services at any time, or increase or decrease features related thereto, with or without notice. In addition, in some cases, we may transfer your order to be fulfilled or delivered by a third party fulfillment partner. Please note, pickup and/or delivery options may be available through third-party platforms, websites, applications, or marketplaces, and in some cases, we may direct you to the third party's website to place your order. If you place an order for Offerings via any third-party website, marketplace, platform, or application (collectively, "third party sites"), whether or not we direct you to the third-party site or application, or otherwise use any services provided by a third party, you will be subject to the terms and policies posted by that third party service provider and we are not responsible for the terms, policies, actions or inactions of that third party service provider. Company does not assume any responsibility for the (i) content of, (ii) technology implemented by, or (iii) privacy practices of third party sites and all use is at your own risk. You should review the privacy policy and terms of use for each third party site and confirm they are acceptable prior to registration on or use of the site. Links to third party sites do not imply endorsement of the sites by Company. In no event shall Company be liable, directly or indirectly, to anyone for any loss or damage arising from or occasioned by the use of the linked sites or the information or material accessed through such sites including, without limitation, any incidental, special, or consequential damages of any kind whatsoever, attorneys' fees and lost profits or savings.

(a) **Delivery/Pickup Service Times.** Available delivery or pickup dates and times, and associated fees, delivery/pickup offers and promotions, will be shown during the ordering and checkout process. Times are available on a first-come, first-served basis.

(b) **Ordering Deadlines.** The date and time by which you must place your order for the type of service and delivery/pickup time you have selected will be shown in the Online Ordering Grocery Service. Note that cut-off times for different fulfillment methods, for example delivery, pick up, rush delivery, may differ. Cut-off times may vary by Offering and by store location. All times are listed in the local time zone for your specified delivery or pickup location, regardless of the time zone you might be in when placing the order. Special Order Items, such as a deli platter or custom cake, which are ordered less than 24 hours prior to planned pick up or delivery are not guaranteed. You may contact our Customer Service line toll-free at (877) 505-4040 to learn if your request can be accommodated.

(c) **Responsibility for Delivery Address.** We will deliver your order to a single delivery location you designate that is within the applicable delivery zone serviced by Company. You are responsible for verifying that the delivery address is correct, current, and accessible to our delivery drivers. We have no liability for orders that cannot be delivered due to address error or inaccessibility. You are responsible for verifying that the delivery location is one that is permitted to receive deliveries of the type of Offerings you purchased through the Online Ordering Grocery Service.

(d) **Picking Up a Pickup Order.** Your order confirmation will include instructions about where to go to pick up your order. Plan to pick your order up at your selected time on the day it is ready for pickup. Any pickup orders not claimed by 8 PM local time on the day they are ready for pickup will be canceled and the Offerings restocked. We reserve the right to charge a restocking fee for orders that are restocked. We reserve the right to request that valid (non-expired, government issued) photo identification, the credit card used to place the applicable order, or other personal information be provided and/or presented to the store attendant upon arrival to the designated pickup location for verification purposes. If you send a person other than the individual whose name is on the order to pick up a pickup order, the person must either be designated in your order or from your household, and you consent to them receiving a copy of your receipt, if a receipt is provided by a store attendant. All information provided is subject to our Privacy Policy.

(e) **Receiving a Delivery or Pickup Order.** Someone over the age of 18 must be present to accept delivery or pickup orders

(e) Receiving Ε-Delivery or Pickup Order. Someone over the age of 21 must be present to accept and/or pickup orders. If your order contains alcoholic beverages, tobacco, and/or other age-restricted Offerings, someone over the age of 21 must be present to accept and/or sign for delivery or pickup. By placing an order through the Online Grocery Ordering Service or the Catering Order Service, you represent and warrant to us that a person age 18 or older, or age 21 or older in the case of orders containing alcoholic beverages, tobacco, and/or other age-restricted Offerings, will be present to receive the order, whether it be delivered or picked up. Valid (non-expired, government issued) identification confirming the identity and age of the person accepting and signing for the delivery or pickup order will be required, regardless of age, where age-restricted Offerings are in the order. The Offerings will be retained by the delivery driver or by the store attendant for pickup orders, unless someone over the required minimum age is at the delivery address when the delivery or pickup is attempted. You may contact our Customer Service line toll-free at (877) 505-4040 to arrange for re-delivery or to reschedule pickup of any Offerings retained in accordance with the foregoing. Please note that we may charge you an additional fee, or we may elect not to fulfill your request and cancel the order for the Offerings retained. We reserve the right to charge a restocking fee for orders that are restocked. We are now practicing contact-free social distancing for delivery and pickup, except in the case. If there are no age-restricted items in your, the delivery driver will leave them at your doorstep. Albertsons Companies is not responsible for the times in your order once bags are left on your doorstep, including without limitation, any theft, spoilage, or damage. To maintain the integrity of your items, we recommend that you refrigerate or freeze perishable items upon receipt.

From time to time, certain Company banners and store locations may offer in-home delivery of items ordered through the Online Grocery Ordering Service of the Catering Ordering Service. If you place an order for in-home delivery of Offerings, you are: (i) authorizing Company, its employees, or its independent contractors, ("Delivery Personnel") to access and enter your home in the manner you designated at time of order or via communication with Company or Delivery Personnel for the purpose of delivering your order, and (ii) confirming that you have the right to authorize Delivery Personnel to access and enter your home as you have designated. Company reserves the right to decline to deliver your products in its sole discretion. You represent and warrant that your home will be safe and free of any hazards. You represent and warrant that you will make any and all other occupants within the home aware that an in-home delivery will be performed, and that Delivery Personnel are authorized to enter the home. You are responsible for compliance with the Terms and these Online Ordering Services Terms by other occupants within the home. You agree that you will contain any and all pets during any such in-home delivery.

(f) **Unattended Delivery.** Where available, this option may not be used for any orders containing alcoholic beverages, tobacco, and/or other age-restricted Offerings. If you select this option, the delivery driver will leave the Offerings in your order at your doorstep, in which case unrestricted access to your doorstep is required.

(g) **Responsibility for Items After Delivery/Pickup.** Company is not responsible for the Offerings in your order once they are picked up or delivered, including without limitation, for any theft, spoilage or damage. To maintain the integrity of Offerings after pickup or delivery, we recommend that you refrigerate or freeze perishable Offerings as soon as possible after pickup/delivery but no more than one hour after pickup/delivery.

(h) **Inclement Weather or Unforeseen Complications.** In the case of inclement weather or unforeseen delivery or pickup complications, it may be necessary to make adjustments to our delivery or pickup schedule which cause us to suspend chosen delivery or pickup dates and times. If there will be a significant delay in delivering or preparing your order for pickup, we may (but are not obligated to) call, email or text you to let you know the status of your order. If your designated delivery location is inaccessible on the date and time specified for delivery (such as due to a street closure or other complications), we will provide you with a full refund of your order. We will have no liability for any delay in delivery or pickup orders.

(i) **No Other Offerings.** Neither our delivery driver nor the store attendant assisting you with your pickup order are able to supply, retrieve or purchase on your behalf any Offerings that you did not order when placing your order. That said, you are welcome to enter into a store location to purchase additional products or place an additional order for a later pickup or delivery.

Table of Contents

# 9. Unfilled or Partially Filled Orders.

(a) **No Liability.** Please note that Company is not liable to you or to any other person or entity on whose behalf you place an order if we are unable or unwilling to supply a particular Offering or quantity, in whole or in part, in your order.

(b) **Product Availability; Substitutions.** Availability of any Offering is subject to change at any time without notice and we cannot confirm the availability of an Offering until after your order is placed. In the event any Offering you have ordered is unavailable, we may elect to complete and fill the remainder of your order in accordance with your substitution preference selected at the time you placed (or modified) your order. Within your cart, under "Item Preferences," you have the option to decide if you want any substitutions. Your receipt will indicate if substitutions are made. You will not be charged for Offerings unavailable at the time of delivery or pickup. If Offerings you paid for are missing from your order, you will be refunded according to the terms of subsection (c) below. With certain product exceptions, if you are not satisfied with the substituted Offering, you can return it for a full refund with the driver or Store Associate at the time of delivery or pickup or by contacting our Customer Service line toll-free at (877) 505-4040 within seven days after the date of your order delivery or pickup of the substituted Offering. Company is not obligated to deliver Offerings that are unavailable at the time of delivery or pickup or return to deliver Offerings or make Offerings available for pickup that were missing from an order.

(c) **Missing Offerings.** If any item in your order you have paid for is missing from the Offerings received, you have 48 hours

from the time of delivery or pickup to contact our Customer Service line toll-free at (877) 505-4040 for a full refund of the amount charged for such item, which will be issued to the payment method used to place the order or at your option, as a credit on account that will be applied to your next order. Refunds may not be given for any Offerings missing from your order after the expiration of the 48-hour window.

(d) **No Returns of Certain Offerings.** Certain Offerings, such as alcoholic beverages, tobacco, and/or other age-restricted Offerings, as well as baby formula, cannot be returned or refunded once you have accepted delivery or picked up your order.

(e) **No Rain Checks.** All Offerings and items available through our Online Grocery Ordering Service are limited to quantities on hand. We do not issue rain checks through the Online Grocery Ordering Service or accept rain checks issued by any of our physical stores (or the physical stores of any of our affiliated companies) for any Offerings or items ordered through the Online Grocery Ordering Service.

Table of Contents

## 10. Online Grocery Ordering Service Satisfaction Guarantee.

(a) **Satisfaction Guarantee – Offerings.** If you are not satisfied, for any reason, with any item, except those noted below, that you purchase through the Online Grocery Ordering Service, you can return it for a full refund or credit on account so long as you notify the driver upon delivery of your order (or the store attendant upon pickup of your order) or you contact our Customer Service line toll-free at (877) 505-4040 within seven days after the date of your order delivery or pickup of the item (through delivery or pickup). Note that certain items, including baby formula, alcoholic beverages, and tobacco products cannot be returned or refunded once you have accepted delivery or picked up your order. For any such qualifying refund, we will issue a credit to the payment method used to purchase the item or, at your option, you may receive a credit on account that will be applied to your next order. Please note that this satisfaction guarantee does not cover damage caused by improper use, or storage, or accidents after delivery or pickup, or any ordinary wear and tear on durable goods. You may have certain rights under applicable manufacturers' warranties (if any).

(b) **Satisfaction Guarantee – Delivery/Pickup Service.** If you are not satisfied, for any reason, with our delivery or pickup service for a particular order, contact our Customer Service line toll-free at (877) 505-4040 within seven days after the date of the delivery or pickup. At our discretion, we may issue a credit to the payment method used to pay for the order or, at your option, issue a credit on account that will be applied to your next order.

Table of Contents

## 11. Using the Catering Order Service.

Where available, to use the Catering Order Service, you may be required to set up an Account, as provided in the Terms.

(a) **Offer and Acceptance.** By submitting an order through the Catering Order Service (i.e., by clicking "Complete Order"), you offer to purchase the Special Order Item(s) specified in your order. Company may accept or reject your offer, at its sole discretion. If accepted, we will send you an electronic confirmation that your order has been received and the offer accepted, subject to our final confirmation of Special Order Item availability and price; however, we also reserve the right to cancel your order, in whole or in part, at any time in our sole discretion. Subject to the foregoing, if your order is accepted by Company, and not thereafter cancelled, Company will provide the Special Order Item(s) ordered in return for your payment, subject to the provisions of these Terms.

(b) **Special Order Item Quantity Limits.** We reserve the right to limit the quantity of any particular Special Order Item ordered at our discretion, including without limitation due to inventory control, time or labor needed to prepare Special Order Items, or other reasons. We will endeavor to contact you via the contact information provided during the checkout process prior to canceling the order or preparing a reduced number of Special Order Items.

(c) **Order Deadlines and Pickup Times.** Special Order Items generally require 24 hours to prepare. The ordering page will display the next available pickup time for the Special Order Item(s) you wish to order. If you require a Special Order Item prior to the time shown, you may contact the store directly to learn if your request can be accommodated. Otherwise, you will be prompted to select an available pickup time at checkout.

(d) **Order Cancellations or Changes Initiated by You.** You may only cancel or change your order made on the Catering Order Service by contacting the store with which you placed the order by telephone before the store has acted on your order. If the store has commenced preparation of your order, it cannot be cancelled or changed.

(e) **Payment.** Payment is due for Special Order Items at the time of pickup and is paid for in-person in the store at the time of pickup, unless otherwise provided in the Catering Order Service.

(f) **Allergy Disclaimer.** Our Special Order Items may contain wheat, egg, dairy, soy or fish allergens or may have been prepared in a facility that uses wheat, nuts, soy and milk.

Table of Contents

## 12. Notice to California Customers.

Our Customer Service line can be reached toll-free at (877) 505-4040, between 8:00 am and 9:00 pm Pacific Time, seven days a week (except for major holidays and/or other days specified each year). For a description of the fees and charges to use the Online Grocery Ordering Service, please refer to Section 6 of these Online Ordering Services Terms. If you have a complaint regarding the Online Grocery Ordering Service or the Catering Order Service, please contact us on our Customer Service line toll-free at (877) 505-4040. For your reference, the Complaint Assistance Unit of the Division of the Consumer Services of The Department of Consumer Affairs may be contacted in writing at 400 R Street, Sacramento, CA 95814, or by telephone at (916) 445-1254 or (800) 952-5210.

You may have elected to receive substitute item(s) if your selected item(s) is/are unavailable at the time your order is filled. As a California resident, you are entitled to notice when an item contains a chemical, listed by and known to the State of California, to which exposure at a significant risk level can increase the risk of cancer and/or to be a reproductive toxicant. In instances where your selected item did not require said notice, but you receive a substituted item that includes a Proposition 65 warning, we are not able to pass that notice to you prior to your purchase of the item. If you receive a substituted item requiring a warning but the originally purchased an item did not require us to provide you with a warning, and you do not wish to keep such substituted item(s), you may decline to accept the item(s) or you may return it to our store for a full refund. If you do not agree to the above conditions, you may also change your election and decline to receive Offering substitutions. For information about Proposition 65, go to www.P65Warnings.ca.gov .

Table of Contents

## 13. Notice to North Carolina Customers.

By using the Online Grocery Ordering Service, you are affirmatively consenting and have not withdrawn your consent to completing your grocery transaction by electronic means. You may withdraw this consent by not completing the grocery order online, however, we cannot deliver groceries (or prepare an order for pickup, where that service is offered) unless the order is completed online. You have the right to receive a paper record of your transaction. The paper copy will be delivered with your order, or you may request a replacement copy within 30 days by contacting our Customer Service line toll-free at (877) 505-4040, between 8:00 am and 9:00 pm local time, seven days a week (except for major holidays and/or other days specified each year). You can update your contact information at any time by accessing your Online Grocery Ordering Service Account profile.

Table of Contents

## 14. Entire Agreement.

The terms set forth in these Online Ordering Services Terms, along with the terms set forth in the Terms above, the terms of any order you may submit through the Online Grocery Ordering Service, the Catering Order Service, and any other Company terms to which a link is provided in these Terms, shall be the sole terms of the agreement between you and Company regarding your use of the Online Grocery Ordering Service or Catering Order Service.

Table of Contents

## 15. Questions or Concerns Regarding the Online Grocery Ordering Service, Catering Order Service or Your Account.

If you have questions or concerns regarding any of your Online Grocery Ordering Service orders or your Account, you can contact our Customer Service line toll free at (877) 505-4040, between 8:00 am and 9:00 pm in your local time zone, seven days a week (except for major holidays and/or other days specified each year), or send us an email at the relevant email address listed below:

www.albertsons.com/contact-us

www.safeway.com/contact-us

www.vons.com/contact-us

www.pavilions.com/contact-us

www.randalls.com/contact-us

www.tomthumb.com/contact-us

www.jcwclosco.com/contact_us

For Catering Order Service orders, please contact the store from which you receive Catering Order Service.

# Albertsons Companies Dispute Resolution Terms

PER SECTION 24 OF THE COMPANY'S TERMS OF USE, ALL CLAIMS ARISING FROM OR RELATED TO YOUR ACCOUNT, ACCESS TO OR USE OF THE COMPANY'S SERVICES, PURCHASES FROM THE COMPANY; THE USE OF YOUR INFORMATION BY OR FOR THE COMPANY, ANY ASPECT OF YOUR RELATIONSHIP OR INTERACTIONS WITH THE COMPANY ARE SUBJECT TO THESE DISPUTE RESOLUTION TERMS, UNLESS YOU OPT OUT OR ANOTHER EXCEPTION APPLIES. THESE DISPUTE RESOLUTION TERMS CONTAIN PROCEDURES THAT APPLY TO MASS ARBITRATION.

WITH LIMITED EXCEPTIONS, YOU AND THE COMPANY MAY NOT SUE IN COURT, HAVE A TRIAL BY JURY, OR PARTICIPATE IN A CLASS ACTION. YOU AND THE COMPANY AGREE THAT ARBITRATION WILL BE SOLELY ON AN INDIVIDUAL BASIS AND NOT AS A CLASS ARBITRATION, CLASS ACTION, OR ANY OTHER KIND OF REPRESENTATIVE PROCEEDING, UNLESS OTHERWISE PROVIDED IN THESE TERMS. THE COMPANY AND YOU ARE EACH WAIVING THE RIGHT TO TRIAL BY A JURY.

FOLLOW THE INSTRUCTIONS BELOW IF YOU WISH TO OPT OUT OF THE REQUIREMENT TO ARBITRATE ON AN INDIVIDUAL BASIS.

1. **Claims Subject to this Section**. These Dispute Resolution Terms apply to all Claims between you and the Company. A "Claim" is any dispute, claim, cause of action, or controversy (excluding those exceptions listed in Section 4) between you and the Company, whether based in contract, tort, statute, fraud, misrepresentation, or any other legal theory, as permitted by law, that arises from or relates to your Account; access to or use of the Company's Services; purchases from the Company; the use of your information by or for the Company; any aspect of your relationship or interactions with the Company as a consumer or potential consumer; the arbitrability, validity, enforceability, or scope of these Terms or any portion of them.

2. **Customer Service Resolution.** Our Customer Support Center is available to address any concerns you may have regarding your Account, access to or use of the Company's Services, purchases from the Company, the use of your information by or for the Company, or any aspect of your relationship or interactions with the Company. You may contact them by phone at 877-723-3929; on-line at https://www.albertsons.com/inquiry/contact-us.html

3. **Required Informal Dispute Resolution.** Except as permitted under Section 4, if you have a Claim against the Company or if the Company has a Claim against you, you and the Company must first attempt to resolve the Claim informally before either party may bring the Claim in arbitration. You and the Company will make a good-faith effort to negotiate for 45 days the resolution of any Claim or for a longer period as mutually agreed in writing (email suffices) by you and the Company ("Informal Resolution Period") from the day you or the Company receive a written notice of a Claim from the other party (a "Claimant Notice") in accordance with this Section 3.

   You will send any Claimant Notice to the Company by certified mail addressed to Customer Support Center, Albertsons Companies, Inc., M/S 10501 P.O. Box 29093, Phoenix, AZ 85038-9093. The Company will send any Claimant Notice to you by certified mail or email using the contact information you have provided to the Company, including the email address associated with your Account or the Company. The Claimant Notice sent by either party must (i) include the sender's name, address, email address, telephone number, and any relevant Account or purchase information; (ii) describe the nature and basis of the Claim; and (iii) set forth the specific relief requested.

   The Informal Resolution Period is designed to allow the party who has received a Claimant Notice to make a fair, fact-based offer of resolution if it chooses to do so. You or the Company cannot file a Claim in arbitration (or court in accordance with Section 4) before the end of the Informal Resolution Period. If you or the Company file a Claim in arbitration or court without complying with all the requirements in these Dispute Resolution Terms, including waiting until the conclusion of the Informal Resolution Period, the other party reserves the right to seek relief from a court to enjoin the filing and seek damages from the party who has not followed the requirements in this Section 3, including to reimburse that party for any costs and fees—including arbitration fees, attorney fees, and expert fees—incurred as a foreseeable consequence of that breach.

   The statute of limitations and any filing-fee deadlines for a Claim will be tolled for the duration of the Informal Resolution Period for that Claim so that you and the Company can engage in this informal dispute-resolution process.

4. **Claims Subject to Binding Arbitration; Exceptions.** Except for Claims (i) exclusively related to the intellectual-property rights (such as its patent, copyright, trademark, trade secret, or moral rights, but not including its privacy or publicity rights) of you or the Company, including any disputes in which you or the Company seek injunctive or other equitable relief for the alleged unlawful use or infringement of your or the Company's intellectual property or other infringement

of your or the Company's intellectual-property rights ("IP Claims") or (ii) that are properly asserted in small-claims court (provided that the small-claims court does not permit class or similar representative actions or relief), all Claims, including Claims that are not related to intellectual property or intellectual-property rights but are jointly filed with IP Claims, that are not resolved in accordance with Section 3 will only be resolved by a neutral arbitrator through final and binding arbitration instead of in a court by a judge or jury. Such Claims include, without limitation, disputes arising out of or relating to interpretation or application of this arbitration provision, including the arbitrability, validity, enforceability, or scope of the arbitration provision or any portion of the arbitration provision.

5. **Binding Individual Arbitration.** Subject to the terms of this Section 5, a Claim not excluded under Section 4 may only be resolved by binding individual arbitration conducted by a single arbitrator of the American Arbitration Association (the "AAA"), https://adr.org/, according to the Federal Arbitration Act, 9 U.S.C. § 1, et seq. ("FAA"). For Claims arbitrated by the AAA, if you are a "Consumer," meaning that you only use an Account and/or the Services for personal, family, or household purposes, the then-current version of the AAA's Consumer Arbitration Rules are the rules applicable to Claims between you and the Company as modified by these Terms (the "Rules"). For Claims that must be arbitrated by the AAA, if you are not a Consumer, the then-current version of the AAA's Commercial Arbitration Rules and Mediation Procedures are the Rules applicable to Claims between you and the Company as modified by these Dispute Resolution Terms.

If the AAA notifies the parties in writing (email suffices) that it is not available to arbitrate any Claim, that Claim may only be settled by binding individual arbitration conducted by a single arbitrator of National Arbitration and Mediation ("NAM"), www.namadr.com/, according to the Federal Arbitration Act, 9 U.S.C. § 1, et seq. ("FAA"). For Claims arbitrated by NAM, the then-current version of NAM's Comprehensive Dispute Resolution Rules and Procedures are the Rules applicable to Claims between you and the Company as modified by these Dispute Resolution Terms.

This agreement to arbitrate affects interstate commerce, and the enforceability of these Terms will be substantively and procedurally governed by the FAA to the extent permitted by law. As limited by the FAA, these Dispute Resolution Terms, and the applicable Rules, the arbitrator will have exclusive authority to make all procedural and substantive decisions regarding any Claim in arbitration and to grant any remedy or relief that would be available in a court under law or in equity, including the power to determine all questions of arbitrability. To the fullest extent allowed by applicable law, the arbitrator may only award legal or equitable remedies that are individual to you or the Company to satisfy one of our individual Claims (that the arbitrator determines are supported by credible relevant evidence). The arbitrator's award shall be binding on the parties and may be entered as a judgment in any court of competent jurisdiction. The parties understand that absent this mandatory provision, they would have the right to sue in court and have a jury trial. They further understand that, in some instances, the costs of arbitration could exceed the costs of litigation and the right to discovery may be more limited in arbitration than in court.

You or the Company may initiate arbitration of any Claim not resolved during the Informal Resolution Period by filing a demand for arbitration with the AAA in accordance with the Rules (or with NAM in accordance with the Rules if applicable pursuant to this Section 5). Instructions for filing a demand for arbitration with the AAA are available on the AAA website or by calling the AAA at 800-778-7879, and instructions for filing a demand for arbitration with NAM are available on the NAM website or by calling NAM at 800-358-2550. You will send a copy of any demand for arbitration to the Company by certified mail addressed to Customer Support Center, Albertsons Companies, Inc., M/S 10501 P.O. Box 29093, Phoenix, AZ 85038-9093. The Company will send any demand for arbitration to you by certified mail or email using the contact information you have provided to the Company, including the email address associated with your Account. You and the Company both agree that the arbitrator must follow the terms of this agreement to arbitrate.

Any such arbitration shall be conducted by the parties in their individual capacities only and not as a class action or other representative action, and the parties waive their right to file a class action or seek relief on a class basis. If any court or arbitrator determines that the class-action waiver set forth in the preceding sentence is void or unenforceable for any reason or that an arbitration can proceed on a class basis, then the arbitration agreement set forth in these Dispute Resolution Terms shall be deemed null and void in its entirety and the parties shall be deemed to have not agreed to arbitrate Claims. Any such claims so released from arbitration must be resolved in accordance with Section 13.

6. **Arbitration Fees.** Except for the circumstances outlined in Sections 7 and 8 and for Mass Arbitrations (as defined in Section 10), to the extent the initial filing fee for the arbitration exceeds the initial filing fee for a lawsuit, the Company will pay the difference in fees. Unless otherwise prohibited by law, you and the Company have 90 days from receipt of an arbitration-fee invoice to pay the invoiced arbitration fees.

7. **Frivolous or Improper Claims.** To the extent permitted by applicable law, a claimant must pay all costs incurred by the responding party, including any attorney fees, related to a Claim if an arbitrator determines that (i) the Claim was not warranted by existing law or by a nonfrivolous argument or (ii) the Claim was filed in arbitration for any improper purpose, such as to harass the responding party, cause unnecessary delay, or increase the cost of dispute resolution.

8. **Offers of Settlement.** Either party may, but is not obligated to, make a written settlement offer for a Claim. If an arbitration decision or award is later issued that is less favorable to a party than the last written offer of settlement that party did not accept, that party must pay all costs and fees—including arbitration fees—incurred by the other party after the written settlement offer was made.

9. **Confidentiality.** If you or the Company submits a Claim to arbitration, you and the Company agree to cooperate to seek from the arbitrator protection for any confidential, proprietary, trade-secret, or otherwise sensitive information,

documents, testimony, and other materials that might be exchanged or the subject of any discovery in the arbitration. You and the Company agree to seek such protection before any such information, documents, testimony, or materials are exchanged or otherwise become the subject of discovery in the arbitration.

10. **Mass Arbitration.** If 25 or more Claimant Notices are received by a party that raise similar claims and have the same or coordinated counsel as other Claimants, these will be considered "Mass Arbitrations" and will be treated as mass arbitrations according to the AAA's Mass Arbitration Supplementary Rules (or if filed with NAM, NAM's Mass Filing Supplemental Dispute Resolution Rules and Procedures), if and to the extent Mass Arbitrations are filed in arbitration as set forth in these Dispute Resolution Terms. You or the Company may advise the other if you or the Company believe that Claims are Mass Arbitrations, and disputes over whether a Claim meets the definition of "Mass Arbitrations" will be decided by the arbitration provider as an administrative matter. To the extent either party is asserting the same Claim as other persons and are represented by common or coordinated counsel, that party waives any objection that the joinder of all such persons is impracticable. The following procedures are intended to supplement the AAA's Mass Arbitration Supplementary Rules (or if filed with NAM, NAM's Mass Filing Supplemental Dispute Resolution Rules and Procedures), and to the extent the procedures conflict with those Rules, to supersede them.

**Mass Arbitrations may only be filed in arbitration as permitted by the process set forth in the applicable Mass Arbitration Supplementary Rules and as supplemented below. Applicable statutes of limitations will be tolled for Claims asserted in a Mass Arbitration from the time a compliant Claimant Notice has been received by the Company until these Dispute Resolution Terms permit such Mass Arbitration to proceed in arbitration or court.**

Initial Bellwether: The bellwether process set forth in this section will not proceed until counsel representing the Mass Arbitrations has advised the other party in writing (email suffices) that all or substantially all the Claimant Notices for the Mass Arbitrations in their existing inventory have been submitted to the arbitration provider.

After that point, counsel for the parties will select 20 Mass Arbitration claims to proceed in arbitration as a bellwether to allow each side to test the merits of its arguments. Each side will select 10 claimants who have submitted compliant Claimant Notices for this purpose, and only those chosen cases may proceed to be arbitrated by the arbitration provider. The parties acknowledge that resolution of some Mass Arbitration claims may be delayed by this bellwether process. Any remaining Mass Arbitration claims that are not selected for the bellwether shall not be filed or deemed filed in arbitration, nor shall any arbitration fees be assessed in connection with those Claims, unless and until they are selected to proceed in individual arbitration proceedings as set out in this Section 10.

A single arbitrator will preside over each individual arbitration in the Mass Arbitration chosen for a bellwether proceeding, however up to three individual arbitrations in the bellwether group of 20 may be arbitrated by the same arbitrator, unless the parties agree otherwise.

Mediation: Early mediation and dispute resolution of the Mass Arbitrations is encouraged. Consequently, in addition to an early mediation that shall take place within 90 days the filing of the Mass Arbitrations, once the arbitrations that are part of the bellwether process have concluded (or sooner if the claimants and the Company agree), counsel for the parties must engage in a single mediation of all remaining claims in the Mass Arbitrations with the mediator's fee paid for by the Company. Counsel for the claimants and the Company must agree on a mediator within thirty (30) days after the conclusion of the last bellwether arbitration. If counsel for the claimants and the Company cannot agree on a mediator within 30 days, the arbitration provider will appoint a mediator as an administrative matter. All parties will cooperate to ensure that the mediation is scheduled as quickly as possible after the mediator is appointed.

Remaining Claims: If after the initial set of bellwether claims are arbitrated and the subsequent mediation does not yield a global resolution of all remaining claims that are part of the Mass Arbitrations, the arbitration requirement in these Dispute Resolution Terms will no longer apply to Mass Arbitrations for which a compliant Claimant Notice was received by the other party but that were not resolved in the bellwether proceedings. Such Mass Arbitrations released from the arbitration requirement must be resolved in accordance with Section 13.

Courts will have authority to enforce the bellwether and mediation processes defined in this section and may enjoin the filing of lawsuits or arbitration demands not made in compliance with it.

11. **30-Day Right to Opt Out.** You have the right to opt out this arbitration provision within 30 days of your first purchase from the Company after the date of these Terms of Use. You can opt out by going online at https://www.safeway.com/inquiry/contact-us.html and selecting "Other" in the Topic drop down and typing "Arbitration Opt-Out" in the comments, or by sending written notice of your decision to opt out to the following address: M.S. 10501 P.O. Box 29093, Phoenix, AZ 85038. Such notice must include the name of each person opting out and contact information for each such person and any relevant Membership or purchase information. If you send timely written notice containing the required information, then the arbitration requirement in these Dispute Resolution Terms will not apply to you or the Company. If you do not send such notice, you agree to arbitrate in accordance with these Dispute Resolution Terms.

12. **Enforcement.** If any part of these Dispute Resolution Terms is held to be invalid or unenforceable, that part will no longer apply to the parties, but all other parts of these Dispute Resolution Terms will remain in effect unless otherwise provided herein. If the Company does not enforce any provision of these Dispute Resolution Terms, that will not be considered a waiver of the Company's rights. Any waiver of these Dispute Resolution Terms must be obtained in a written document signed by an authorized representative of the Company.

Except as otherwise provided in these Dispute Resolution Terms, if a Claim does not proceed in arbitration, the class-

action waiver shall remain in effect, and a court may not preside over any action joining, coordinating, or consolidating the claims of multiple individuals in a single proceeding, except that you and the Company may participate in a classwide, collective, and/or representative settlement of Claims.

13. **Governing Law; Venue.** These Dispute Resolution Terms, all Claims, and any matter related to or arising from your Account, access to and use of the Services, and the relationship and interactions between you and the Company shall be subject to and governed by, construed, and interpreted in accordance with the laws of the State of Delaware, U.S.A. except for its conflict of law rules.

All Claims not subject to arbitration pursuant to these Dispute Resolution Terms and that cannot be heard in small-claims court will be resolved exclusively in the courts located in Boise, Idaho.

Table of Contents

Copyright © 2024 Albertsons Companies, Inc. All rights reserved.

Home    Site Map    Contact Us    Policies & Disclosures    Social Media Standards & Guidelines    Privacy Policy    Vulnerability Responsible Disclosure
Your Privacy Choices 



© 2024 Albertsons Companies. All rights reserved.
Powered By Q4 Inc. 5.137.2.3

# Exhibit B-1

Docusign Envelope ID: 6ECFA23B-39C2-4085-84B3-3D045942AB9C

| | |
|---|---|
| **From:** | Safeway <no-reply@offers.safeway.com> |
| **Sent:** | Monday, May 6, 2024 6:01 PM |
| **To:** | albertsons.emailteam |
| **Subject:** | PROOFS: corp-priv_termsandconditions – op – 19 : We've Updated Our Terms of Use |



## At Albertsons Companies, we're committed to the best possible experience for our customers.

That's why we're letting you know that we have updated our Terms of Use. These terms apply to new customers immediately and are effective from May 6, 2024 for our continuing customers. Our Terms of Use contain important information about your relationship with us, including that disputes between us will be arbitrated, instead of class actions or jury trials.

We encourage you to regularly review our Terms of Use.

### View Terms of Use

| Shop | Safeway for U | Sign In |
|---|---|---|

You've received this email because our records indicate you supplied an email address when you created an account for one of our programs, contacted us via our website or signed up via our website, mobile app or sweepstakes to receive email.

Emails are sent from the no-reply@offers.safeway.com domain. Please add no-reply@offers.safeway.com to your address book and safe sender list.

Privacy Policy  |  Accessibility Statement

Having trouble viewing this email? View in browser

Copyright © 2024 by Albertsons Companies, Inc. All rights reserved.
Contact us at 250 E. Parkcenter Blvd., Boise, ID 83706.

1

# Exhibit B-2

Docusign Envelope ID: 6ECFA23B-30C2-4085-84B3-3D045942AB9C

| | |
|---|---|
| **From:** | Randalls <no-reply@offers.randalls.com> |
| **Sent:** | Monday, May 6, 2024 6:01 PM |
| **To:** | albertsons.emailteam |
| **Subject:** | PROOFS: corp-priv_termsandconditions – op – 20 : We've Updated Our Terms of Use |



## At Albertsons Companies, we're committed to the best possible experience for our customers.

That's why we're letting you know that we have updated our Terms of Use. These terms apply to new customers immediately and are effective from May 6, 2024 for our continuing customers. Our Terms of Use contain important information about your relationship with us, including that disputes between us will be arbitrated, instead of class actions or jury trials.

We encourage you to regularly review our Terms of Use.

**View Terms of Use**

| Shop | Randalls for U | Sign In |
|---|---|---|

You've received this email because our records indicate you supplied an email address when you created an account for one of our programs, contacted us via our website or signed up via our website, mobile app or sweepstakes to receive email.

Emails are sent from the no-reply@offers.randalls.com domain. Please add no-reply@offers.randalls.com to your address book and safe sender list.

Privacy Policy  |  Accessibility Statement

Having trouble viewing this email? View in browser

Copyright © 2024 by Albertsons Companies, Inc. All rights reserved.
Contact us at 250 E. Parkcenter Blvd., Boise, ID 83706.