1  Stephanie Sheridan (CA 135910)
2  Meegan B. Brooks (CA 298570)
   Nicolette Shamsian (CA 341466)
3  Benesch, Friedlander, Coplan & Aronoff LLP
   100 Pine Street, Suite 3100
4  San Francisco, California 94111
   Telephone:  628.600.2250
5  Facsimile:   628.221.5828
   ssheridan@beneschlaw.com
6  mbrooks@beneschlaw.com
7  nshamsian@beneschlaw.com

8  Attorneys for Defendant Safeway, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TEMPEST, LADIAMOND HARVEY, SARAH MCGREGOR HORNER, and BRIONNA BROUHARD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAFEWAY, INC.,<br><br>Defendants. | Case No. 4:24-cv-06553-JSC<br><br>**DECLARATION OF GREG BORUP IN SUPPORT OF DEFENDANT SAFEWAY INC.'S MOTION TO COMPEL ARBITRATION OF PLAINTIFF'S CLASS ACTION COMPLAINT**<br><br>Date:        January 23, 2025<br>Time:       10:00 a.m. |

**DECLARATION OF GREG BORUP IN SUPPORT OF DEFENDANT SAFEWAY INC.'S MOTION TO COMPEL ARBITRATION OF PLAINTIFF'S CLASS ACTION COMPLAINT**
Case No. 4:24-cv-06553-JSC

I, Greg Borup, declare as follows:

1. I am in the Merchandising Department with Albertsons Companies, Inc. ("ACI"), parent company of Safeway Inc. ("Safeway") and Randall's Food & Drugs LP ("Randalls") amongst other subsidiaries (collectively, "Albertsons Companies Entities"). The Merchandising Department provides services to all Albertsons Companies Entities including Safeway and Randalls. I have been employed by an ACI related entity since 2020; previously I was employed by an ACI related entity from 2005 to 2011. My title is Director of Customer & Merchandising Insights. I have been in this role since April 2020. In my position, I am knowledgeable about ACI's databases, and how to search those databases, including the database (also referred to as a table) which contains information for customers who are members of Safeway's loyalty program (its "Safeway for U" members) and Randalls' loyalty program (its "Randalls for U" members).

2. I am over the age of 18 and competent to testify to matters in this Declaration. I make this Declaration on the basis of my personal knowledge and my review of the Albertsons Companies Entities business records ("ACI Business Records"). To the extent this declaration is based upon my review of ACI Business Records, I understand those records are kept in the regular course of business, entries are made on those records in a timely manner by people with knowledge of the information being entered, and it is the Albertsons Companies Entities' regular business practice to maintain such records. If called as a witness, I could competently testify to the matters stated herein.

3. In May 2024, members of all the loyalty programs offered by ACI banners (including Safeway for U and Randalls for U), were sent an e-mail notifying them that the applicable Terms of Use had been updated as of May 6, 2024 (collectively referred to as the "Email"). A true and correct copy of the Email under the Safeway banner and under the Randalls banner is attached to the concurrently filed declaration of Kevin Michael as **Exhibits B-1 and B-2** and is discussed in more detail there.

4. ACI Business Records confirm that the Email was successfully delivered to the email address ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, which is associated with an account belonging to Michael Tempest, on May 9, 2024. There was no error recorded with transmission of the Email to the subject email address ▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

//

5. ACI Business Records confirm that the Email was successfully delivered to the email address ▮▮▮▮▮▮▮▮▮▮▮▮ which is associated with an account belonging to Ladiamond Harvey, on May 9, 2024. There was no error recorded with transmission of the Email to the subject email address ▮▮▮▮▮▮▮▮▮▮▮▮.

6. ACI Business Records confirm that the Email was successfully delivered to the email address ▮▮▮▮▮▮▮▮▮▮▮▮, which is associated with an account belonging to Sarah McGregor, on May 7, 2024. There was no error recorded with transmission of the Email to the subject email address ▮▮▮▮▮▮▮▮▮▮▮▮.

7. ACI Business Records confirm that the Email was successfully delivered to the email address ▮▮▮▮▮▮▮▮▮▮▮▮, which is associated with an account belonging to Brionna Brouhard account, on May 8, 2024. There was no error recorded with transmission of the Email to the subject email address ▮▮▮▮▮▮▮▮▮▮▮▮.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 12, 2024.

Signed by:

*Greg Borup*
17D56AEECB90492...
Greg Borup

---

3

**DECLARATION OF GREG BORUP IN SUPPORT OF DEFENDANT SAFEWAY INC.'S MOTION TO COMPEL ARBITRATION OF PLAINTIFF'S CLASS ACTION COMPLAINT**
Case No. 4:24-cv-06553-JSC