Annick M. Persinger (CA Bar No. 272996)
**TYCKO & ZAVAREEI LLP**
1970 Broadway – Suite 1070
Oakland, CA 94612
P: 510-254-6808
F: 202-973-0950
apersinger@tzlegal.com

[Additional Counsel Listed on Signature Page]

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TEMPEST, LADIAMOND HARVEY, SARAH MCGREGOR HORNER, and BRIONNA BROUHARD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAFEWAY INC.,<br><br>Defendant. | Case No. 3:24-cv-06553-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE AMENDED COMPLAINT AND SET BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** |

1    Pursuant to Civil L.R. 6-1, 6-2, and 7-12, Defendant Safeway, Inc., and Plaintiffs Michael

2    Tempest, LaDiamond Harvey, Sarah McGregor Horner, and Brionna Brouhard, respectfully submit

3    the following stipulation for filing of an amended complaint and setting a briefing schedule on

4    Defendant's anticipated motion to dismiss Plaintiffs' forthcoming amended complaint.

5                                      **STIPULATION**

6    WHEREAS, on September 18, 2024, Plaintiffs Michael Tempest, LaDiamond Harvey, Sarah

7    McGregor Horner, and Brionna Brouhard filed the above captioned complaint (*see* ECF No. 1);

8    WHEREAS, on October 9, 2024, Defendant's deadline to respond to the complaint was

9    extended (*see* ECF No. 12);

10   WHEREAS, on November 12, 2024, Defendant filed a motion to compel arbitration and a

11   motion to dismiss Plaintiffs' complaint (*see* ECF Nos. 20, 22);

12   WHEREAS, pursuant to Civil L.R. 7-3(a) and 7-3(c), Plaintiffs' oppositions to Defendant's

13   motion to compel arbitration and motion to dismiss will be due on November 26, 2024, and

14   Defendant's replies in support of its motion to compel arbitration and motion to dismiss will be due

15   on December 3, 2024;

16   WHEREAS, pursuant to Fed. R. Civ. P. 15(1)(B), Plaintiffs' deadline to amend their

17   complaint is December 3, 2024;

18   WHEREAS, on November 14, 2024, the parties; counsel conferred, and Plaintiffs indicated

19   that they intended to amend their complaint to add additional Plaintiffs, and that they would provide

20   Defendant with information sufficient to identify each Plaintiffs' loyalty account by the date

21   Plaintiffs amend their complaint;

22   WHEREAS, the parties agreed to extend the time for Plaintiffs to amend, and to set a

23   briefing schedule for Defendant's anticipated motion to compel arbitration and motion to dismiss the

24   amended complaint;

25   WHEREAS, the parties agree that Defendant's motion to compel arbitration and motion to

26   dismiss are not vacated until after Plaintiffs amend their complaint;

27

28

JOINT STIPULATION TO FILE FIRST AMENDED CLASS ACTION COMPLAINT AND SET BRIEFING
SCHEDULE
Case No. 3:24-cv-06553-JSC
1

WHEREAS, pursuant to Civil L.R. 6-1(b), given the complexity of the issues that will be raised in Defendant's anticipated motions, the parties agree that good causes exists to set a briefing schedule to ensure that the parties each have the opportunity to address the issues raised by Defendant in its concurrent motions that will be filed in response to Plaintiffs' amended complaint, including evidentiary issues related to arbitration, such as allowing Defendant enough time to search for and obtain all loyalty card data for Plaintiffs and for Plaintiffs to respond to Defendant's evidentiary contract-formation arguments, while also taking into account recent parental leave by lead lawyers in the litigation as well as pre-planned holiday travel in late December/early January;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE** as follows:

1.      Plaintiffs shall file an amended complaint naming additional plaintiffs on or before January 7, 2025.  Plaintiffs shall also provide information related to Plaintiffs' loyalty accounts by this date.

2.      Defendant shall respond to Plaintiffs' amended complaint on or before February 24, 2025.

3.      Plaintiffs shall file their oppositions to Defendant's anticipated motion to dismiss and motion to compel on or before March 31, 2025.

4.      Defendant shall file its reply in support of its motion to compel arbitration and motion to dismiss the amended complaint on or before April 29, 2025.

1    Dated: November 20, 2024                    Respectfully submitted,

2

3    /s/ Stephanie Sheridan                      /s/ Annick M. Persinger
     Stephanie Sheridan (CA 135910)              **TYCKO & ZAVAREEI LLP**
4    Meegan B. Brooks (CA 298570)                Annick M. Persinger (CA Bar No. 272996)
     Nicolette Shamsian (CA 341466)              1970 Broadway – Suite 1070
5    **Benesch, Friedlander, Coplan & Aronoff LLP**   Oakland, CA 94612
     100 Pine Street, Suite 3100                 P: 510-254-6808
6    San Francisco, California 94111             F: 202-973-0950
     Telephone: 628.600.2250                     apersinger@tzlegal.com
7    Facsimile: 628.221.5828
     ssheridan@beneschlaw.com                    Neal J. Deckant (State Bar No. 322946)
8    mbrooks@beneschlaw.com                      **BURSOR & FISHER, P.A.**
     nshamsian@beneschlaw.com                    1990 North California Blvd., Suite 940
9                                                Walnut Creek, CA 94596
                                                 Telephone: (925) 300-4455
10   *Attorneys for Defendant*                   Facsimile:  (925) 407-2700
                                                 Email: ndeckant@bursor.com
11
                                                 Katherine M. Aizpuru (*pro hac vice* to be filed)
12                                               Allison W. Parr (*pro hac vice* to be filed)
                                                 **TYCKO & ZAVAREEI LLP**
13                                               2000 Pennsylvania Avenue, NW, Suite 1010
                                                 Washington, District of Columbia 20006
14                                               Telephone: (202) 973-0900
                                                 Facsimile: (202) 973-0950
15                                               kaizpuru@tzlegal.com
                                                 aparr@tzlegal.com
16
                                                 Yeremey O. Krivoshey (Bar No. 295032)
17                                               **SMITH KRIVOSHEY, PC**
                                                 166 Geary Street, Ste. 1500-1507
18                                               San Francisco, CA 94108
                                                 Phone: 415-839-7000
19                                               yeremey@skclassactions.com

20                                               Joel D. Smith (Bar No. 244902)
                                                 **SMITH KRIVOSHEY, PC**
21                                               867 Boylston Street, 5th Floor, Ste. 1520
                                                 Boston, MA 02116
22                                               Phone: 617-377-7404
                                                 joel@skclassactions.com
23
                                                 *Attorneys for Plaintiffs and the Putative Class*
24

25

26

27

28

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

        1.      Plaintiffs shall file an amended complaint naming additional plaintiffs on or before January 7, 2025.

        2.      Defendant shall respond to Plaintiffs' amended complaint on or before February 18, 2025.

        3.      Plaintiffs shall file their oppositions to Defendant's anticipated motion to dismiss and motion to compel on or before March 24, 2025.

        4.      Defendant shall file its reply in support of its motion to compel arbitration and motion to dismiss the amended complaint on or before April 22, 2025.

DATED: _____             _____

                                              HON. JACQUELINE S. CORLEY

                                              United States District Judge

**<u>FILER'S ATTESTATION</u>**

Pursuant to Civil L.R. 5-1(h)(3), Annick M. Persinger hereby attests that concurrence in the

filing of this document has been obtained from each of the above signatories.

Dated: November 20, 2024                    */s/ Annick M. Persinger*