Annick M. Persinger (CA Bar No. 272996)
**TYCKO & ZAVAREEI LLP**
1970 Broadway – Suite 1070
Oakland, CA 94612
P: 510-254-6808
F: 202-973-0950
apersinger@tzlegal.com

[Additional Counsel Listed on Signature Page]

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TEMPEST, LADIAMOND HARVEY, SARAH MCGREGOR HORNER, BRIONNA BROUHARD, KERRY MCCARTY, and HILLARY BEAM, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>SAFEWAY INC.,<br><br>        Defendant. | Case No. 3:24-cv-06553-JSC<br><br>**STIPULATION REQUESTING ORDER CHANGING TIME ON BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS** |

Pursuant to Civil L.R. 6-1, 6-2, and 7-12, Defendant Safeway, Inc., and Plaintiffs Michael Tempest, LaDiamond Harvey, Sarah McGregor Horner, Brionna Brouhard, Kerry McCarty, and Hillary Beam (together, the "Parties") respectfully submit the following stipulation requesting an order changing the time on the briefing schedule for Defendant's forthcoming motion to dismiss Plaintiffs' amended complaint.

**STIPULATION**

WHEREAS, on September 18, 2024, Plaintiffs Michael Tempest, LaDiamond Harvey, Sarah McGregor Horner, and Brionna Brouhard filed the Complaint (*see* ECF No. 1);

WHEREAS, on October 9, 2024, Defendant's deadline to respond to the complaint was extended (ECF No. 12);

WHEREAS, on November 20, 2024, Plaintiffs' deadline to amend the Complaint, Defendant's deadline to respond to the Amended Complaint, and associated briefing deadlines were extended (ECF No. 26);

WHEREAS, on January 7, 2025, pursuant to this Court's order, Plaintiffs filed their Amended Complaint (ECF No. 27);

WHEREAS, pursuant to the schedule, Defendant's deadline to respond to the Amended Complaint is February 24, 2025; Plaintiffs' deadline to oppose Defendant's anticipated motion to dismiss and motion to compel is March 31, 2025; and Defendant's deadline to file its reply in support of its motion to dismiss and motion to compel arbitration is April 29, 2025;

WHEREAS, the Parties have been conferring regarding the possibility that Plaintiffs will amend their Complaint a second time to bring in additional claims and clients, and request additional time to continue this discussion before engaging in motion practice;

WHEREAS, the Parties therefore agree to extend the time for Defendant to file its anticipated motion to compel arbitration and motion to dismiss the Amended Complaint, Plaintiffs to file their oppositions, and Defendant to file its reply;

WHEREAS, pursuant to Civil L.R. 6-1(a), a Court order is not normally required to extend a defendant's deadline to respond to the Complaint. However, given that this stipulation would

2
STIPULATION REQUESTING ORDER CHANGING TIME ON BRIEFING SCHEDULE FOR DEFENDANT'S
MOTION TO DISMISS
Case No. 3:24-cv-06553-JSC

impact the briefing schedule previously requested by the Parties and entered by the Court, the Parties request that the Court enter an order pursuant to Civil L.R. 6-1(b).

WHEREAS, pursuant to Civil L.R. 6-1(b), good causes exists to extend the briefing schedule on Defendant's forthcoming motion to dismiss and motion to compel arbitration, as those motions will be rendered moot if Plaintiffs file a Second Amended Complaint;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE** as follows:

1. Defendant shall respond to Plaintiffs' amended complaint on or before March 10, 2025.

2. Plaintiffs shall file their oppositions to Defendant's anticipated motion to dismiss and motion to compel on or before April 14, 2025.

3. Defendant shall file its reply in support of its motion to compel arbitration and motion to dismiss the amended complaint on or before May 12, 2025.

| | |
|---|---|
| Dated: February 20, 2025 | Respectfully submitted, |

/s/Meegan B. Brooks
Meegan B. Brooks (CA 298570)
Stephanie Sheridan (CA 135910)
Nicolette Shamsian (CA 341466)
**Benesch, Friedlander, Coplan & Aronoff LLP**
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
Facsimile: 628.221.5828
ssheridan@beneschlaw.com
mbrooks@beneschlaw.com
nshamsian@beneschlaw.com

*Attorneys for Defendant*

/s/ Annick M, Persinger
**TYCKO & ZAVAREEI LLP**
Annick M. Persinger (CA Bar No. 272996)
1970 Broadway – Suite 1070
Oakland, CA 94612
P: 510-254-6808
F: 202-973-0950
apersinger@tzlegal.com

**BURSOR & FISHER, P.A.**
Neal J. Deckant (State Bar No. 322946)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ndeckant@bursor.com

**TYCKO & ZAVAREEI LLP**
Katherine M. Aizpuru (*pro hac vice* to be filed)
Allison W. Parr (*pro hac vice* to be filed)
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
kaizpuru@tzlegal.com
aparr@tzlegal.com

**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (Bar No. 295032)
166 Geary Street, Ste. 1500-1507
San Francisco, CA 94108
Phone: 415-839-7000
yeremey@skclassactions.com

**SMITH KRIVOSHEY, PC**
Joel D. Smith (Bar No. 244902)
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
joel@skclassactions.com

*Attorneys for Plaintiffs and the Putative Class*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. Defendant shall respond to Plaintiffs' amended complaint on or before March 10, 2025.

2. Plaintiffs shall file their oppositions to Defendant's anticipated motion to dismiss and motion to compel on or before April 14, 2025.

3. Defendant shall file its reply in support of its motion to compel arbitration and motion to dismiss the amended complaint on or before May 12, 2025.

DATED: _____ _____

HON. JACQUELINE S. CORLEY

United States District Judge

# FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(h)(3), Annick M. Persinger herby attests that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: February 20, 2025

/s/*Annick M. Persinger*
Annick M. Persinger