Annick M. Persinger (CA Bar No. 272996)
**TYCKO & ZAVAREEI LLP**
1970 Broadway – Suite 1070
Oakland, CA 94612
P: 510-254-6808
F: 202-973-0950
apersinger@tzlegal.com

[Additional Counsel Listed on Signature Page]

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TEMPEST, LADIAMOND HARVEY, SARAH MCGREGOR HORNER, BRIONNA BROUHARD, KERRY MCCARTY, and HILLARY BEAM, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>SAFEWAY INC.,<br><br>    Defendant. | Case No. 3:24-cv-06553-JSC<br><br>**STIPULATION REGARDING SECOND AMENDED COMPLAINT** |

Pursuant to Civil L.R. 6-1, 6-2, and 7-12, Defendant Safeway, Inc., and Plaintiffs Michael Tempest, LaDiamond Harvey, Sarah McGregor Horner, Brionna Brouhard, Kerry McCarty, and Hillary Beam respectfully submit the following stipulation requesting an order permitting Plaintiffs to file a Second Amended Complaint and a briefing schedule on Defendant's forthcoming motion to dismiss and motion to compel arbitration.

**STIPULATION**

WHEREAS, on September 18, 2024, Plaintiffs Michael Tempest, LaDiamond Harvey, Sarah McGregor Horner, and Brionna Brouhard filed the Complaint (*see* ECF No. 1);

WHEREAS, on October 9, 2024, Defendant's deadline to respond to the complaint was extended (ECF No. 12);

WHEREAS, on November 20, 2024, Plaintiffs' deadline to amend the Complaint, Defendant's deadline to respond to the Amended Complaint, and associated briefing deadlines were extended (ECF No. 26);

WHEREAS, on January 7, 2025, pursuant to this Court's order, Plaintiffs filed their Amended Complaint (ECF No. 27);

WHEREAS, on February 21, 2025, Defendant's deadline to file its motion to dismiss Plaintiff's Amended Complaint and associated briefing deadlines were extended (ECF No. 29);

WHEREAS, pursuant to the schedule, Defendant's deadline to respond to the Amended Complaint is March 10, 2025; Plaintiffs' deadline to oppose Defendant's anticipated motion to dismiss and motion to compel is April 14, 2025; and Defendant's deadline to file its reply in support of its motion to dismiss and motion to compel arbitration is May 12, 2025;

WHEREAS, the Parties have conferred and Defendant consents to Plaintiffs' filing of a Second Amended Complaint, attached hereto as Exhibit A, bringing in an additional claim and plaintiff;

WHEREAS, Plaintiffs' filing of a Second Amended Complaint moots the briefing deadlines on Defendant's motion to dismiss the Amended Complaint;

WHEREAS, pursuant to the Local Rules, the deadline for Defendant to respond to Plaintiffs' Second Amended Complaint is 14 days after the filing of Plaintiffs' Second Amended Complaint; the deadline to Plaintiffs to oppose Defendant's forthcoming motions is 14 days after Defendant files its motions responding to the Second Amended Complaint; and the deadline to Defendant to file its replies is 7 days following Plaintiffs' filing of oppositions;

WHEREAS, the Parties agreed to extend the time for Defendant to file its anticipated motion to compel arbitration and motion to dismiss the Second Amended Complaint, Plaintiffs to file their oppositions, and Defendant to file its replies; and

WHEREAS the proposed Second Amended Complaint is attached hereto as Exhibit A, and a redline against the First Amended Complaint is attached hereto as Exhibit B;

WHEREAS, pursuant to Civil L.R. 6-1(b), the parties agree that good causes exists to enlarge the briefing deadlines on Defendant's forthcoming motion to dismiss and motion to compel arbitration;

WHEREAS, pursuant to Civil L.R. 6-1(a), the Parties agree that Defendant's deadline to respond to the First Amended Complaint is continued 30 days, until April 9, 2024, to allow the Court to decide this stipulation before its current response deadline is due; no Court Order is required to effectuate this portion of the Parties' stipulation.

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE** as follows:

1. Defendant's deadline to respond to the First Amended Complaint is continued until April 9, 2024 [Court Order not required, per L.R. 6-1(a)];

2. Plaintiffs may file the Second Amended Complaint attached hereto as Exhibit A, which is deemed filed as of the date of the Order entering this stipulation;

3. Defendant shall file its motion to dismiss the Second Amended Complaint and motion to compel arbitration on or before 30 days after the date of the Order entering this stipulation;

4. Plaintiffs shall file their oppositions to Defendants' motion to dismiss and motion to compel arbitration on or before 30 days from the date the motion to dismiss and motion to compel arbitration are filed;

5. Defendant shall file its replies in support of its motion to dismiss and motion to compel arbitration on or before 30 days from the date Plaintiffs' oppositions are filed.

| Dated: March 6, 2025 | Respectfully submitted, |
|---|---|
| /s/ Stephanie Sheridan<br>Stephanie Sheridan (CA 135910)<br>Meegan B. Brooks (CA 298570)<br>Nicolette Shamsian (CA 341466)<br>**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**<br>100 Pine Street, Suite 3100<br>San Francisco, California 94111<br>Telephone: 628.600.2250<br>Facsimile: 628.221.5828<br>ssheridan@beneschlaw.com<br>mbrooks@beneschlaw.com<br>nshamsian@beneschlaw.com<br><br>*Attorneys for Defendant* | /s/ Annick M. Persinger<br>**TYCKO & ZAVAREEI LLP**<br>Annick M. Persinger (CA Bar No. 272996)<br>1970 Broadway – Suite 1070<br>Oakland, CA 94612<br>P: 510-254-6808<br>F: 202-973-0950<br>apersinger@tzlegal.com<br><br>Neal J. Deckant (State Bar No. 322946)<br>**BURSOR & FISHER, P.A.**<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>Email: ndeckant@bursor.com<br><br>**TYCKO & ZAVAREEI LLP**<br>Katherine M. Aizpuru (*pro hac vice* to be filed)<br>Allison W. Parr (*pro hac vice* to be filed)<br>2000 Pennsylvania Avenue, NW, Suite 1010<br>Washington, District of Columbia 20006<br>Telephone: (202) 973-0900<br>Facsimile: (202) 973-0950<br>kaizpuru@tzlegal.com<br>aparr@tzlegal.com<br><br>**SMITH KRIVOSHEY, PC**<br>Yeremey O. Krivoshey (Bar No. 295032)<br>166 Geary Street, Ste. 1500-1507<br>San Francisco, CA 94108<br>Phone: 415-839-7000<br>yeremey@skclassactions.com<br><br>**SMITH KRIVOSHEY, PC**<br>Joel D. Smith (Bar No. 244902)<br>867 Boylston Street, 5th Floor, Ste. 1520<br>Boston, MA 02116<br>Phone: 617-377-7404<br>joel@skclassactions.com<br><br>*Attorneys for Plaintiffs and the Putative Class* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

    1.    Plaintiffs' Second Amended Complaint, attached to the Parties' Stipulation as Exhibit A, is deemed filed as of the date of the Order entering this stipulation;

    2.    Defendant shall file its motion to dismiss the Second Amended Complaint and motion to compel arbitration on or before 30 days after the date of the Order entering this stipulation;

    3.    Plaintiffs shall file their oppositions to Defendants' motion to dismiss and motion to compel arbitration on or before 60 days after the date of the Order entering this stipulation;

    4.    Defendant shall file its replies in support of its motion to dismiss and motion to compel arbitration on or before 90 days after the date of the Order entering this stipulation.

DATED: _____

                                                                                          HON. JACQUELINE S. CORLEY

                                                                                          United States District Judge

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), Annick M. Persinger herby attests that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: March 6, 2025                                    */s/ Annick M. Persinger*