Annick M. Persinger (CA Bar No. 272996)
**TYCKO & ZAVAREEI LLP**
1970 Broadway – Suite 1070
Oakland, CA 94612
P: 510-254-6808
F: 202-973-0950
apersinger@tzlegal.com

[Additional Counsel Listed on Signature Page]

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TEMPEST, LADIAMOND HARVEY, SARAH MCGREGOR HORNER, BRIONNA BROUHARD, KERRY MCCARTY, HILLARY BEAM, and CHRISTOPHER LUNDT, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>SAFEWAY INC.,<br><br>　　　　　　Defendant. | Case No. 3:24-cv-06553-JSC<br><br>**STIPULATION REGARDING THIRD AMENDED COMPLAINT** |

Pursuant to Civil L.R. 6-1, 6-2, and 7-12, Defendant Safeway Inc., and Plaintiffs Michael Tempest, LaDiamond Harvey, Sarah McGregor Horner, Brionna Brouhard, Kerry McCarty, Hillary Beam, and Christopher Lundt respectfully submit the following stipulation requesting an order extending the deadline to file Plaintiffs' Third Amended Complaint and setting a briefing schedule on Defendant's anticipated motion to dismiss Plaintiffs' forthcoming amended complaint.

## STIPULATION

WHEREAS, on November 13, 2025, this Court granted Defendant's motion to dismiss Plaintiffs' Second Amended Complaint with leave to amend Plaintiffs' complaint (other than as to Plaintiffs' California breach of contract claim) by December 5, 2025, provided, Plaintiffs may not add claims or parties without leave of Court (ECF No. 57);

WHEREAS, pursuant to the Federal and Local Rules, the deadline for Defendant to file its anticipated motion to dismiss Plaintiffs' forthcoming Third Amended Complaint is 14 days after the filing of Plaintiffs' Third Amended Complaint; the deadline for Plaintiffs to oppose Defendant's motion to dismiss is 14 days after Defendant files its motion to dismiss; and the deadline for Defendant to file its reply is 7 days following Plaintiffs' filing of their opposition;

WHEREAS, the Parties agree to extend the time for Plaintiffs to file their Third Amended Complaint, Defendant to file its anticipated motion to dismiss the Third Amended Complaint, Plaintiffs to file their opposition, and Defendant to file its reply; and

WHEREAS, pursuant to Civil L.R. 6-1(b) and 6-2(a), good cause exists to lengthen the deadline for Plaintiffs to file a Third Amended Complaint, for Defendant to file a responsive pleading, and for briefing on any motion to dismiss. Plaintiffs require additional time to confer with counsel regarding the facts to be included in the amended pleading while accommodating prior travel and familial commitments over the Thanksgiving holiday, and subsequent winter holidays. There are seven Plaintiffs and each will need time to conduct additional research warranted by the Court's order, discuss same with counsel, and develop the additional factual allegations to be included in the proposed amended pleading. Given the upcoming holidays, Plaintiffs respectfully request that the Court afford them this time to work with counsel to carefully address the issues raised in the Court's order. Further, the proposed schedule will avoid conflicts with all parties' and their counsel's long-

standing prior commitments during the winter holidays, including prior planned travel, family, and work obligations. There are no other deadlines currently pending, discovery has not commenced, and no party is prejudiced by the extension sought.

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE** as follows:

1. Plaintiffs shall file a Third Amended Complaint on or before January 16, 2026.

2. Defendant shall file its motion to dismiss Plaintiffs' Third Amended Complaint on or before February 17, 2026;

3. Plaintiffs shall file their opposition to Defendants' motion to dismiss on or before March 18, 2026; and

4. Defendant shall file its reply in support of its motion to dismiss on or before April 17, 2026.

| | |
|---|---|
| Dated: November 20, 2025 | Respectfully submitted, |
| /s/ Michael D. Meuti<br>Stephanie Sheridan (CA 135910)<br>Meegan B. Brooks (CA 298570)<br>Nicolette Shamsian (CA 341466)<br>**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**<br>100 Pine Street, Suite 3100<br>San Francisco, California 94111<br>Telephone: 628.600.2250<br>Facsimile: 628.221.5828<br>ssheridan@beneschlaw.com<br>mbrooks@beneschlaw.com<br>nshamsian@beneschlaw.com<br><br>Michael D. Meuti (CA 227939)<br>**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**<br>127 Public Square, Suite 4900<br>Cleveland, OH 44114<br>Telephone: 216-363-6246<br>Fax: 216-363-4588<br>mmeuti@beneschlaw.com<br><br>*Attorneys for Defendant* | /s/ Annick M. Persinger<br>Annick M. Persinger (CA Bar No. 272996)<br>**TYCKO & ZAVAREEI LLP**<br>1970 Broadway – Suite 1070<br>Oakland, CA 94612<br>P: 510-254-6808<br>F: 202-973-0950<br>apersinger@tzlegal.com<br><br>Neal J. Deckant (State Bar No. 322946)<br>**BURSOR & FISHER, P.A.**<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>Email: ndeckant@bursor.com<br><br>Katherine M. Aizpuru (*pro hac vice*)<br>**TYCKO & ZAVAREEI LLP**<br>2000 Pennsylvania Avenue, NW, Suite 1010<br>Washington, District of Columbia 20006<br>Telephone: (202) 973-0900<br>Facsimile: (202) 973-0950<br>kaizpuru@tzlegal.com<br><br>Yeremey O. Krivoshey (Bar No. 295032)<br>**SMITH KRIVOSHEY, PC**<br>28 Geary Street, Ste. 650 #1507<br>San Francisco, CA 94108<br>Phone: 415-839-7000<br>yeremey@skclassactions.com<br><br>Joel D. Smith (Bar No. 244902)<br>**SMITH KRIVOSHEY, PC**<br>867 Boylston Street, 5th Floor, Ste. 1520<br>Boston, MA 02116<br>Phone: 617-377-7404<br>joel@skclassactions.com<br><br>*Attorneys for Plaintiffs and the Putative Class* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. Plaintiffs shall file a Third Amended Complaint on or before January 16, 2026.

2. Defendant shall file its motion to dismiss Plaintiffs' Third Amended Complaint on or before February 17, 2026;

3. Plaintiffs shall file their opposition to Defendant's motion to dismiss on or before March 18, 2026; and

4. Defendant shall file its reply in support of its motion to dismiss on or before April 17, 2026.

DATED: _____    _____

HON. JACQUELINE S. CORLEY
United States District Judge

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), Annick M. Persinger herby attests that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: November 20, 2025                              /s/ *Annick M. Persinger*
                                                     Annick M. Persinger