Stephanie Sheridan (CA 135910)
Meegan B. Brooks (CA 298570)
Ballard Spahr LLP
71 Stevenson Street, Suite 400
San Francisco, California 94105
Telephone: 424.204.4400
Facsimile: 424.204.4350
sheridans@ballardspahr.com
brooksm@ballardspahr.com

*Attorney for Defendant Safeway Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TEMPEST, KERRY MCCARTY, HILLARY BEAM, and CHRISTOPHER LUNDT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAFEWAY INC,<br><br>Defendant. | Case No. 3:24-cv-06553-JSC<br><br>**STIPULATION REGARDING THIRD AMENDED COMPLAINT** |

Pursuant to Civil L.R. 6-1, 6-2, and 7-12, Defendant Safeway Inc. ("Defendant") and Plaintiffs Michael Tempest, Kerry McCarty, Hillary Beam, and Christopher Lundt ("Plaintiffs") (collectively, the "Parties") respectfully submit the following stipulation requesting an order extending the deadline to file Defendant's response to Plaintiffs' Third Amended Complaint and the corresponding briefing deadlines.

## STIPULATION

WHEREAS, on November 21, 2025, the Court granted the Parties' stipulation regarding Plaintiffs' Third Amended Complaint and ordered Plaintiffs to file their Third Amended Complaint on or before January 16, 2026, Defendant to file its motion to dismiss Plaintiffs' Third Amended Complaint on or before February 17, 2026, Plaintiffs to file their opposition to Defendant's motion to dismiss on or before

STIPULATED NOTICE TO EXTEND
TIME TO RESPOND TO COMPLAINT -
Case No. 3:24-cv-06553-JSC

March 18, 2026, and Defendant to file its reply in support of its motion to dismiss on or before April 17, 2026;

WHEREAS, Plaintiffs filed their Third Amended Complaint on January 16, 2026;

WHEREAS, the Parties agree to extend the time for Defendant to file its motion to dismiss the Third Amended Complaint, Plaintiffs to file their opposition, and Defendant to file its reply; and

WHEREAS, pursuant to Civil L.R. 6-1(b) and 6-2(a), good cause exists to lengthen the deadline for Defendant to file its motion to dismiss Plaintiffs' Third Amended Complaint and for briefing on that motion to dismiss because Defendant's counsel recently moved law firms and requires additional time to transfer their files and get fully onboarded to the new law firm. There are no other deadlines currently pending, discovery has not commenced, and no party is prejudiced by the extension sought.

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE** as follows:

1. Defendant shall file its motion to dismiss Plaintiffs' Third Amended Complaint on or before March 19, 2026;
2. Plaintiffs shall file their opposition to Defendant's motion to dismiss on or before April 20, 2026;
3. Defendant shall file its reply in support of its motion to dismiss on or before May 20, 2026.

Dated: February 11, 2026

Respectfully submitted,

**BALLARD SPAHR LLP**

/s/ *Meegan B. Brooks*
Stephanie Sheridan (CA 135910)
Meegan B. Brooks (CA 298570)
Ballard Spahr LLP
71 Stevenson Street, Suite 400
San Francisco, California 94105
Telephone: 424.204.4400
Facsimile: 424.204.4350
sheridans@ballardspahr.com
brooksm@ballardspahr.com

*Attorneys for Defendant Safeway Inc.*

/s/ *Katherine M. Aizpuru*
Katherine M. Aizpuru (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950 kaizpuru@tzlegal.com

Annick M. Persinger (CA Bar No. 272996)
**TYCKO & ZAVAREEI LLP**
1970 Broadway – Suite 1070
Oakland, CA 94612
P: 510-254-6808
F: 202-973-0950
apersinger@tzlegal.com

Neal J. Deckant (State Bar No. 322946)
**BURSOR & FISHER, P.A.**
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ndeckant@bursor.com

STIPULATED NOTICE TO EXTEND
TIME TO RESPOND TO COMPLAINT -
Case No. 3:24-cv-06553-JSC

| | |
|---|---|
| 1 | Yeremey O. Krivoshey (Bar No. 295032) |
| 2 | **SMITH KRIVOSHEY, PC**<br>28 Geary Street, Ste. 650 #1507 |
| 3 | San Francisco, CA 94108<br>Phone: 415-839-7000 |
| 4 | yeremey@skclassactions.com |
| 5 | Joel D. Smith (Bar No. 244902) |
| 6 | **SMITH KRIVOSHEY, PC**<br>867 Boylston Street, 5th Floor, Ste. 1520 |
| 7 | Boston, MA 02116<br>Phone: 617-377-7404 |
| 8 | joel@skclassactions.com |
| 9 | *Attorneys for Plaintiffs and the Putative Class* |

STIPULATED NOTICE TO EXTEND TIME TO RESPOND TO COMPLAINT - Case No. 3:24-cv-06553-JSC

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. Defendant shall file its motion to dismiss Plaintiffs' Third Amended Complaint on or before March 19, 2026;

2. Plaintiffs shall file their opposition to Defendant's motion to dismiss on or before April 20, 2026; and

3. Defendant shall file its reply in support of its motion to dismiss on or before May 20, 2026.

DATED this ___ day of _____, 2026.

_____
HON. JACQUELINE S. CORLEY
United States District Court Judge

STIPULATED NOTICE TO EXTEND
TIME TO RESPOND TO COMPLAINT -
Case No. 3:24-cv-06553-JSC

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), Meegan B. Brooks, hereby attests that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: February 13, 2026

/s/ *Meegan B. Brooks*
Meegan B. Brooks

STIPULATED NOTICE TO EXTEND
TIME TO RESPOND TO COMPLAINT -
Case No. 3:24-cv-06553-JSC