Stephanie A. Sheridan
sheridans@ballardspahr.com
Meegan Brooks
brooksm@ballardspahr.com
Ryan T. O'Hollaren
ohollarenr@ballardspahr.com
**BALLARD SPAHR LLP**
One Front Street, Suite 2600
San Francisco, CA 94111-5401
Tel: 415.318.2770 | Fax: 424.731.8301

*Attorneys for Defendant Safeway Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TEMPEST, KERRY MCCARTY, HILLARY BEAM, and CHRISTOPHER LUNDT, on behalf of themselves and all others similarly situated ,<br><br>Plaintiffs,<br><br>v.<br><br>SAFEWAY INC.,<br><br>Defendant. | CASE NO. 3:24-cv-06553-JSC<br><br>**JOINT STIPULATION PER ND CAL 6.1 TO EXTEND DEFENDANT'S TIME TO RESPOND TO THE THIRD AMENDED COMPLAINT**<br><br>Courtroom: Courtroom 8—19th Floor<br>Judge: Hon. Jacqueline Corley |

Ballard Spahr LLP
One Front Street, Suite 2600
San Francisco, CA 94111-5401
Telephone: 415.318.2770

Pursuant to Local Rule 6-1, Defendant Safeway, Inc. ("Defendant") and Plaintiffs Michael Tempest, Kerry McCarty, Hillary Beam, and Christopher Lundt ("Plaintiffs") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate to an extension of the time for Defendant to file its Answer to Plaintiffs' Third Amended Complaint "TAC." In support of this Stipulation, the Parties state as follows:

On August 5, 2026, the Court issued an order ("Order") granting in part and denying in part (Dkt. No. 83) Safeway's Motion to Dismiss the Third Amended Complaint ("Motion to Dismiss") (Dkt. No. 75).

Pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure, Defendant's deadline to respond to the TAC is August 19, 2026.

To provide time for Defendant to investigate the factual allegations and submit an Answer, the Parties agree to extend Defendant's response deadline by 14 days, to September 2, 2026. Pursuant to L.R. 6-1, a Court order is not required to effectuate this agreement, which will not alter the date of any event or any deadline already fixed by court order.

DATED: August 14, 2026

**BALLARD SPAHR LLP**

By: */s/ Meegan Brooks*
Stephanie A. Sheridan
Meegan Brooks
Ryan T. O'Hollaren

*Attorneys for Defendant*

DATED: August 14, 2026

**TYCKO & ZAVAREEI LLP**

By: */s/ Katherine M. Aizpuru*
Annick M. Persinger
Katherine M. Aizpuru

*Attorneys for Plaintiffs and the Putative Class*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Meegan B. Brooks, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*/s/ Meegan B. Brooks*
Meegan B. Brooks

Executed this thirteenth day of August 14, 2026, at San Francisco, California.

Ballard Spahr LLP
One Front Street, Suite 2600
San Francisco, CA 94111-5401
Telephone: 415.318.2770