Meegan B. Brooks (CA 298570)
**BALLARD SPAHR LLP**
One Front Street, Suite 2600
San Francisco, California 94111
Telephone: 415.318.2770
Facsimile: 424.731.8301
brooksm@ballardspahr.com

Attorneys for Defendant Safeway, Inc.

Ballard Spahr LLP
One Front Street, Suite 2600
San Francisco, CA 94111
Phone 415.318.2770

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL TEMPEST, LADIAMOND HARVEY, SARAH MCGREGOR HORNER, and BRIONNA BROUHARD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAFEWAY, INC.,<br><br>Defendants. | Case No. 4:24-cv-06553-KAW<br><br>**NOTICE OF COUNSEL'S CHANGE OF FIRM ADDRESS** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that effectively immediately, the firm address for the below-listed counsel of record for Defendant Safeway, Inc., in the above-captioned action has changed. It is hereby requested that the records of the Court be modified to reflect the change and that all parties update their records for service of all papers and notices.

Counsel's new address is as follows:

Meegan B. Brooks
BALLARD SPAHR LLP
One Front Street, Suite 2600
San Francisco, California 94111

DATED: August 20, 2026

BALLARD SPAHR LLP

By s/ Meegan Brooks

MEEGAN B. BROOKS (CA 298570)
One Front Street, Suite 2600
San Francisco, California 94111
Telephone: 415.318.2770
Facsimile: 424.731.8301
brooksm@ballardspahr.com

*Attorneys for Defendant Safeway, Inc.*

Ballard Spahr LLP
One Front Street, Suite 2600
San Francisco, CA 94111
Phone 415.318.2770