United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TEMPEST, et al.,<br>Plaintiffs,<br>v.<br>SAFEWAY, INC.,<br>Defendant. | Case No. 24-cv-06553-JSC<br><br>**PRETRIAL ORDER NO. 1** |

Following the initial case management conference held on September 9, 2026, the Court orders the following class certification deadlines:

- Motion for Class Certification: July 2, 2027
- Class Certification Opposition: September 10, 2027
- Class Certification Reply: October 29, 2027
- Class Certification Hearing: December 9, 2027 at 10:00 a.m.

Any expert reports relied upon in the motion or opposition shall be filed with the motion/opposition and the parties shall cooperate to ensure the opposing party has an adequate opportunity to engage in class certification expert discovery before the filing of the opposition/reply. The Court will set the schedule through trial, including an additional period for non-class certification fact and expert discovery, after class certification is resolved. But all class certification related discovery must be completed by the date of the opposition/reply as relevant.

/

/

/

/

The Court will hold a further case management conference on January 27, 2027 at 2:00 p.m. via Zoom video. An updated joint statement is due one week in advance. The Statement should address whether Defendant intends to bring a summary judgment motion prior to resolution of class certification.

**IT IS SO ORDERED.**

Dated: September 9, 2026

Jacqueline Scott Corley

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California